UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                                Case No. 03-cr-10404-NG

Ronald J. Cavaliere

**Motion for Extension of Time to Request Additional Discovery
and to Postpone Interim Status Conference**

Defendant Ronald J. Cavaliere respectfully moves this Court that he be allowed until June 10, 2004, in which to request additional discovery. The Magistrate Judge had ordered on March 17, 2004, that defendant's request was due May 7, 2004.

As reason therefore, the government has recently provided voluminous discovery, including six videotapes and fourteen audiotapes, which undersigned counsel has not had a chance to review.

Undersigned counsel has conferred with Assistant U.S. Attorney Rachel Hershfang and Attorney Max Stern, counsel for the co-defendant, who do not oppose this request. The parties agree that the continuance requested will constitute excludable time for purposed of the Speedy Trial Act.

Respectfully submitted,
Ronald J. Cavaliere
By his attorney,

_____
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:    617.577.8722
facsimile:    617.577.7897
e-mail:       mwshea@slrw.net

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 5-14-04

1