UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                v.             )     Case No. 03-10404-NG
                               )
1.  MICHAEL GRIFFIN,           )
2.  RONALD CAVALIERE,          )
3.  DAVID VENEY, and           )
4.  RICHARD COLLADO,           )
                               )
        Defendants.            )

## MOTION TO UNSEAL INDICTMENT

The United States of America respectfully moves this Court to unseal the Superseding Indictment in the above-captioned case. In support of this motion, the government states that there is no longer a reason to maintain the indictment under seal, and the defendants ought to be made aware of the charges against them.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                  By:   _____
                        RACHEL E. HERSHFANG
                        Assistant U.S. Attorney

Date: December 14, 2004