```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )   No. 03-10404-NG
                              )
                              )   VIOLATIONS:
                              )   21 U.S.C. § 846 -
        v.                    )   Conspiracy to Possess
                              )   With Intent to Distribute
1. MICHAEL GRIFFIN,           )   And to Distribute Cocaine
2. RONALD CAVALIERE,          )
3. WILLIAM DAVID VENEY, and   )   21 U.S.C. §846 -
4. RICHARD COLLADO,           )   Conspiracy to Possess with
                              )   Intent to Distribute and
                              )   to Distribute Marijuana
        Defendants.           )
```

**SUPERSEDING INDICTMENT**

**COUNT ONE:**   **(21 U.S.C. § 846 - Conspiracy to Possess With Intent To Distribute and to Distribute Cocaine and Marijuana)**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but no later than in or about January, 2000, and continuing until on or about April 17, 2002 at Boston, and elsewhere, in the District of Massachusetts, and elsewhere,

   **1. MICHAEL GRIFFIN,**
   **2. RONALD CAVALIERE,**
   **3. WILLIAM DAVID VENEY, and**
   **4. RICHARD COLLADO,**

defendants herein, knowingly and intentionally combined, conspired, and agreed with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(vii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

## **CRIMINAL FORFEITURE ALLEGATION**
### **(21 U.S.C. § 853)**

The Grand Jury further charges that:

1. As a result of committing the offense alleged in Count One of this indictment, in violation of 21 U.S.C. §846, 841(b)(1)(A), and 841(B)(1)(B) (conspiracy to possess with intent to distribute and to distribute cocaine and marijuana):

> **1. MICHAEL GRIFFIN,**
> **2. RONALD CAVALIERE,**
> **3. WILLIAM DAVID VENEY,**
> **4. RICHARD COLLADO,**

defendants herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

1. The defendant MICHAEL GRIFFIN is accountable for 150 kilograms or more of cocaine. Accordingly, USSG §2D1.1(c)(1) applies to this defendant.

2. The defendant RONALD CAVALIERE is accountable for at least 100 kilograms, but less than 400 kilograms, of marijuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

3. The defendant WILLIAM DAVID VENEY is accountable for 150 kilograms or more of cocaine. Accordingly, USSG §2D1.1(c)(1) applies to this defendant.

4. The defendant RICHARD COLLADO is accountable for at least 50 kilograms, but less than 150 kilograms, of cocaine, and at least 100 kilograms, but less than 400 kilograms, of marijuana. Accordingly, USSG §2D1.1(c)(2) applies to this defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
RACHEL E. HERSHFANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 28, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

10/28/04

2:00pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston   **Category No.** I   **Investigating Agency** DEA

**City** _____   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.  X   **Case No.** 03-10404-NG
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael Griffin   **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 362 Wolcott Street, Newton, MA 02465

**Birth date (Year only):** 1964   **SSN (last 4 #):** 8547   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** Max Stern   **Address:** Suite 500, 90 Canal St., Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Rachel E. Hershfang   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by E.D. Va.   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/28/04   **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Griffin

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Possess With Intent To Distribute and to Distribute Cocaine and Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Boston    **Category No.** I    **Investigating Agency** DEA

**City** _____    **Related Case Information:**

**County** Suffolk    **Superseding Ind./ Inf.** X    **Case No.** 03-10404-NG
**Same Defendant** X    **New** _____
**Magistrate Judge Case Number** _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant** Ronald Cavaliere    **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 9 Wildwood Drive, Milford, MA 01757

**Birth date (Year only):** 1948  **SSN (last 4 #):** 5582  **Sex** M  **Race:** W  **Nationality** U.S.

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Rachel E. Hershfang    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  **Ordered by** E.D. Va.  **on** _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/28/04    **Signature of AUSA:** _(signature)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Ronald Cavaliere

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Possess With Intent To Distribute and to Distribute Cocaine and Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston          **Category No.** I          **Investigating Agency** DEA

**City** _____

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.  X     **Case No.** 03-10404-NG
- Same Defendant _____  New _____ x
- Magistrate Judge Case Number _____
- Search Warrant Case _____
- R 20/R 40 from District of _____

**Defendant Information:**

**Defendant** William David Veney          **Juvenile** ☐ Yes ☐ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ____ **SSN (last 4 #):** ____ **Sex** M **Race:** ____ **Nationality** ____

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Rachel E. Hershfang          **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/28/04          **Signature of AUSA:** _(signature)_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   William David Veney

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Possess With Intent To Distribute and to Distribute Cocaine and Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Boston    Category No. I    Investigating Agency  DEA

City _____    Related Case Information:

County  Suffolk
Superseding Ind./ Inf.   X         Case No.   03-10404-NG
Same Defendant _____  New _____ x _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant   Richard Collado                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   54 Phelps Road, Framingham, MA 01702

Birth date (Year only): 1957   SSN (last 4 #):  4654   Sex M   Race: _____   Nationality _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang              Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

  ☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/28/04       Signature of AUSA:  _/s/ Hershfang_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Richard Collado

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Possess With Intent To Distribute and to Distribute Cocaine and Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |

**ADDITIONAL INFORMATION:**