

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 31, 2005

By First Class Mail

Mark W. Shea, Esq.
47 Third Street
Cambridge, MA 02141

    Re: <u>United States v. Michael Griffin et al.</u>

Dear Mr. Shea:

    In response to your discovery requests dated March 24, 2005, please see my responses below (I have reproduced your requests below, followed by my responses). You have requested "discovery," which I interpret as a request to review these items. To the extent you are seeking copies of these items, I am not aware of any authority for your receiving such copies at government expense. If, upon review, you locate items that you wish to copy, we can discuss how to accomplish that.

    1. Copies of the missing DEA-7a reports, as referenced in your January 14, 2005 letter. Although I am seeking copies of all the 7a reports, Mr. Cavaliere's name is specifically mentioned in N-119 and N-120.

    **Response:** I provided, as a courtesy, all of the DEA-7a reports that I have, along with a hand-written list of <u>all</u> non-drug exhibits so that you might identify these exhibits by number in your requests to see them. Discovery of 7a reports is not required under automatic discovery; however, I undertook to provide them to you when I receive them. I will do that.

    2. Any and all cellular telephone records for Frank Fister and Ronald Cavaliere.

    **Response:** As you know, much of the documentary evidence in

Mr. Shea
March 31, 2005
Page 2

the case is, and has been for some time, available for your review at the U.S. Attorney's office. Some of Frank Fister's telephone records are among this material, as are various credit card records reflecting his travel and that of co-conspirators (for whom he paid). Also available at the office are records reflecting Rodney Mirabal's "buddy pass" travel on United Airlines. Additional records, including cellular telephone records and other subpoenaed information, and records seized during the execution of search warrants in Colorado, will be arriving shortly from the Washington Division Office of DEA, as I reported at our most recent status conference. I will let you know when those items arrive in Boston so that you may arrange to review them.

    3.    Any and all cellular phone records that are referenced in S.A. Whisenhunt's affidavit. Specifically:

        a.    AT&T Wireless records for Rodney Mirabal for the telephone number 720-530-4432 (aff. ¶34);

        b.    Nextel records for Rodney Mirabal for the telephone number 303-961-1719.

**Response**: Please see response to #2, above.

    4.    Drug ledger maintained by Rodney Mirabal referenced in S.A. Whisenhunt's affidavit in support of a search warrant dated February 24, 2003, ¶52.

**Response**: Please see response to #2, above.

    5.    Copies of the "miscellaneous papers, journals and documents" and "day planners" seized from 19744 East Ida Circle, Aurora, Colorado on February 26, 2003.

**Response**: Please see response to #2, above.

    6.    Travel records reflecting trips made by Frank Fister to and from Boston, MA and Denver, CO (aff. ¶58).

**Response**: Please see response to #2, above.

    7.    Travel records reflecting trips to Texas by Fister's co-conspirators (aff. ¶59).

**Response**: Please see response to #2, above.

Mr. Shea
March 31, 2005
Page 3

8.   Any and all hotel records that are referenced in S.A. Whisenhunt's affidavit. Specifically:

   a.   Holiday Inn Government Center hotel records for Rodney Mirabal for January 20-22, 2002 (aff. ¶17);

   b.   Holiday Inn Government Center hotel records for Rodney Mirabal for April 16-17, 2002 (aff. ¶24);

   c.   Dallas, Texas Airport Hyatt Hotel records for Rodney Mirabal for July 20-21, 2002 (aff. ¶30).

**Response**: Please see response to #2, above.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:  _____
Rachel E. Hershfang
Assistant U.S. Attorney

cc:  Mr. Thomas Quinn,
     Clerk to the Hon. Judith G. Dein