# SHEA, LaROCQUE & WOOD, LLP
### 47 THIRD STREET, SUITE 201
### CAMBRIDGE, MASSACHUSETTS 02141-1265

MARK W. SHEA
JEAN C. LaROCQUE
CHAUNCEY B. WOOD*
AUSTIN C. TZENG

TEL 617.577.8722
FAX 617.577.7897

November 10, 2005


Rachel Hershfang, Esq.
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston MA  02210-3011

Re:     United States v. Ronald Cavaliere
        Case No. 03-c-10404-NG


Dear Attorney Hershfang:

Pursuant to Fed. R. Crim. P. 12(d), 16(a), and 26.s, Brady v. Maryland, 373 U.S. 83 (1963), and all other applicable rules and statutes, in addition to the documents and other evidence that I have already received, I am writing to request the following discovery:

The identity of the individual who is alleged to have driven with Ronald Cavaliere from Texas to Massachusetts sometime in 2000, as stated in DEA-6 dated May 6, 2003 by Thomas Kennedy.

Thank you for your attention to this matter.  Please feel free to contact me with any questions.

Sincerely,

Mark W. Shea

*ALSO ADMITTED IN NEW YORK AND THE DISTRICT OF COLUMBIA