**SHEA, LaRocque & Wood, LLP**
47 Third Street, Suite 201
Cambridge, Massachusetts 02141-1265

Mark W. Shea
Jean C. LaRocque
Chauncey B. Wood*
Austin C. Tzeng

TEL 617.577.8722
FAX 617.577.7897

November 10, 2005

Rachel Hershfang, Esq.
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

RE: *United States v. Ronald Cavaliere*
    Case No. 03-cr-10404-NG

Dear Attorney Hershfang,

      Pursuant to Fed. R. Crim. P.12(d)(2), 16(a), and 26.2, *Brady v. Maryland*, 373 U.S. 83 (1963), and all other applicable rules and statutes, in addition to the documents I have received and/or had made available to me, I am writing to request the following discovery:

1. **Early Disclosure of 404(b) Evidence:**

    A. **Evidence of bad acts allegedly committed by Mr. Cavaliere that the government believes is admissible and probative of the instant charges:**

    To the extent that these have not already been disclosed, defendant seeks disclosure of the bad acts allegedly attributable to himself, as they become known to the prosecution, but in any event within 21 days of trial

    B. **Evidence of bad acts committed by the co-defendants that the government intends to offer at trial against the individual co-defendants.**

    To the extent that these have not already been disclosed or are not embodied in the co-defendants' criminal records, defendant seeks disclosure as they become known to the prosecution, but in any event by 21 days before trial.

*ALSO ADMITTED IN NEW YORK AND THE DISTRICT OF COLUMBIA

November 10, 2005
Rachel Hershfang, Esq.
Page Two

### List of Facilities Where In-State Cooperating Witnesses Were Incarcerated Pre-Trial:

Defendant seeks the location of facilities where the cooperating witnesses who were arrested in-state were housed for the instant crimes prior to their guilty pleas in the instant case.

### A List of All Bad Acts and/or Conduct that "Might" Qualify as Admissible Pursuant to Rule 608(b) or the Federal Rules of Facilities Where In-State Cooperating Witnesses Were Incarcerated Pre-Trial:

Defendant seeks 608(b) evidence relative to co-defendants by 21 days before trial.

### Transcripts of Tapes Provided in Discovery:

Defendant seeks information regarding which tape recordings the government intends to use at trial prior to trial, as well as transcripts if they are available.

### Co-Conspirator Statements:

To the extent that these statements have not already been produced, in the form of recordings or reports, defendant seeks production promptly upon discovery by the government.

Thank you for your attention to this matter. Please feel free to contact me with any questions.

Sincerely,

Mark W. Shea