

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*

*1 Courthouse Way*
*Boston, Massachusetts 02210*

November 14, 2005

Mark W. Shea, Esq.
47 Third Street
Cambridge, MA 02141

    Re:  United States v. Ronald Cavaliere
          Criminal No. 03-10404-NG

Dear Mr. Shea:

    I write in response to your first discovery request of November 10, 2005 (docket no. 95) (I will reply to the second letter under separate cover).  With respect to each of your requests numbered 1A and 1B, as well as to the unnumbered requests on the second page of your letter, I agree to provide you with the same discovery that I offered to counsel for Richard Collado, as set out in the government's filing regarding discovery (docket no. 94).  I believe this captures our discussions regarding these matters; please let me know if you disagree.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney
            By:
                            /s/ Rachel E. Hershfang
                            RACHEL E. HERSHFANG
                            Assistant U.S. Attorney

cc:   Thomas Quinn
      Clerk to the Honorable Judith G. Dein
      (w/o enclosure(s))