**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*

*1 Courthouse Way*
*Boston, Massachusetts 02210*

November 10, 2005

By First Class Mail

Max Stern, Esq.
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street
Boston, MA 02114-2022

Re: United States v. Michael Griffin et al.
Criminal No. 03-10404-NG

Dear Mr. Stern:

Below, please find my responses to your discovery requests dated October 27, 2005.

1. **Request for a bill of particulars.** We have discussed this and agreed that you will hold your request in abeyance for the time being. I have agreed to provide you with the Grand Jury testimony of Trooper Tim Babbin (in connection with the Massachusetts indictments), as well as a Grand Jury exhibit that sets out dates of alleged transactions (enclosed herewith). You will review this material and re-open, as necessary, your request.

2. **Request for agent notes and documents containing the substance of statements made by Mr. Griffin "in response to interrogation."** Although I disagree that this material is subject to production, I have agreed to request it from the arresting agents and to produce to you whatever responsive documents I receive.

3. **Records reflecting payments of approximately $560,000 to Mr. Griffin (other than the DEA-6 dated 11/4/03).** I am not aware of any other documents that reflect such payments, but I will inquire of the agents and let you know if I learn of such documents.

**4. Statements relating to Mr. Griffin, made by a codefendant, which the government intends to introduce at trial.** As we discussed, I do not believe there are any such statements; if I learn that there are some, I will notify you promptly.

**5. Any 404(b) evidence the government intends to offer against Mr. Griffin.** If there is any such evidence, I will disclose it to you no later than 21 days before trial. See L.R. 117.1(A)(4)(b).

6. **Any 404(b) evidence the government intends to offer against any co-defendant.** If there is any such evidence, I will disclose it to you no later than 21 days before trial. See L.R. 117.1(A)(4)(b).

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ : *Rachel E. Hershfang*
________________________
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Enclosures