UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10404-NG |
| | ) | |
| MICHAEL GRIFFIN, | ) | |
| RONALD CAVALIERE, | ) | |
| RICHARD COLLADO, and | ) | |
| DAVID VENEY. | ) | |
| | ) | |

**DEFENDANTS' ASSENTED-TO JOINT MOTION TO EXTEND
THE TIME TO FILE DISPOSITIVE MOTIONS**

Defendants Michael Griffin, Ronald Cavaliere, and Richard Collado respectfully request a one-week extension of the deadline to file dispositive motions. The current deadline for the motions is Monday, January 9, 2006. In support of their motion, defendants state as follows:

1. Counsel for defendant Michael Griffin has a brief due at the Massachusetts Appeals Court on Monday, January 9, 2006, and needs additional time to finalize defendant's motion.

2. Counsel for defendant Ronald Cavaliere will be empaneling a jury on Monday, January 9, 2006, for an upcoming federal criminal trial.

3. Counsel for defendant Richard Collado joins the motion to extend the deadline to file dispositive motions.[1]

4. Defendants have proposed Tuesday, January 17, 2006 as the deadline to file their dispositive motions.

---

[1] Counsel for defendant Griffin was unable to reach counsel for defendant David Veney but does not believe he would oppose the motion.

5. This request for a one-week extension is assented to by the Government.

6. Defendants file this motion in good faith. No party will suffer any prejudice from the allowance of this motion.

Respectfully submitted,

/s/ *Max D. Stern*

Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
  & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

/s/ *Mark W. Shea*

Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA 02141
(617) 577-5722

/s/ *James H. Budreau*

James H. Budreau
BBO No. 559931
Law Offices of James Budreau
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-2700

Dated: January 6, 2006

G:\SSWG\GRIFFIN, M\extend time mot 7 .wpd