UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                          Case No. 03-cr-10404-NG

Ronald J. Cavaliere

**Defendant's Assented to Motion for Extension of Time to File Motion to Suppress**

Defendant Ronald J. Cavaliere respectfully moves this Court that he be allowed until January 18, 2006 to file a motion to suppress. The Magistrate Judge had ordered on January 6, 2006 that defendant's motion was due January 17, 2006.

Undersigned counsel has conferred with Assistant U.S. Attorney Rachel Hershfang and Attorney Max Stern, counsel for the co-defendant, who do not oppose this request. The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.


Respectfully submitted,
Ronald J. Cavaliere
By his attorney,

/s/

Mark Shea

Dated: January 17, 2006

Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:     617.577.8722
facsimile:     617.577.7897
e-mail:        mwshea@slrw.net

1