# SEARCH WARRANT

G.L. c. 276, §§ 1-7

**TRIAL COURT OF MASSACHUSETTS**

SUFFOLK _____ COURT DEPARTMENT

SUPERIOR _____ DIVISION

SEARCH WARRANT DOCKET NUMBER

0266 SW 0744

**TO THE SHERIFFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR COMMONWEALTH:**

Proof by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is **PROBABLE CAUSE** to believe that the property described below:

- [ ] has been stolen, embezzled, or obtained by false pretenses.
- [X] is intended for use or has been used as the means of committing a crime.
- [X] has been concealed to prevent a crime from being discovered.
- [X] is unlawfully possessed or concealed for an unlawful purpose.
- [X] is evidence of a crime or is evidence of criminal activity.
- [ ] other (specify) _____

**YOU ARE THEREFORE COMMANDED** within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:

SEE ADDENDUM "A"

[X] at:

~~9 Wildwood Drive Milford, MAssachusetts~~  SEE ADDENDUM "B"

which is occupied by and/or in the possession of: CAVALIERE, Ronald 05/13/48

[ ] on the person or in the possession of: _____

You [ ] are [X] are not    also authorized to conduct the search at any time during the night.

You [ ] are [X] are not    also authorized to enter the premises without announcement.

You [ ] are [X] are not    also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

**YOU ARE FURTHER COMMANDED** if you find such property or any part thereof, to bring it, and when appropriate, the persons in whose possession it is found before the MILFORD Division of the TRIAL Court Department.

DATE ISSUED: 16 Apr 02

FIRST OR ADMINISTRATIVE JUSTICE

WITNESS: Suzanne V. DelVecchio

SIGNATURE OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK
X _Patrick F. Brady_

PRINTED NAME OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK: PATRICK F. BRADY

by PFB

TC-SW-1 (8/87)