# RETURN SERVING SEARCH WARRANT

A search warrant must be executed as soon as reasonably possible after its issuance, and in any case may not be validly executed more than 7 days after its issuance. The executing officer must file his or her return with the court named in the warrant within 7 days after the warrant is issued. G.L. c. 276, §3A.

This search warrant was issued on _____April 17_____, ~~19~~ XX 2002, and I have executed it as follows:
                                        DATE

The following is an inventory of the property taken pursuant to this search warrant:

1. SEE ATTACHED WARRANT RETURN.
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 

(attach additional pages as necessary)

This inventory was made in the presence of: Tpr. TG Babbin, Sgt RP Prior, Tprs MJ Smith, PE Bulman, Sgt M Hambrook (NHSP), Tprs J Encarcano, C. Huse, J Coraluzzo, Sgt T Yorke (NHSP)

I swear that this inventory is a true and detailed account of all the property taken by me on this search warrant.

| SIGNATURE OF PERSON MAKING SEARCH | DATE AND TIME OF SEARCH | SWORN AND SUBSCRIBED TO BEFORE |
|---|---|---|
| [signature] | April 17, 2002<br>1600 hours | X [signature]<br>Signature of Justice, Clerk-Magistrate or Assistant Clerk |
| PRINTED NAME OF PERSON MAKING SEARCH | TITLE OF PERSON MAKING SEARCH | DATE SWORN AND SUBSCRIBED TO |
| Timothy G. Babbin | Trooper | 4/23/02 |

On Wednesday, April 17, 2002, at approximately 1600 hours the following items were seized pursuant to the execution of search warrant at 9 Wildwood Drive, Milford Masssachusetts:

138 Blocks of a green/brown vegetable matter (marijuana) approx. 300 pounds
5- Plastic bags cont a quantity of an off-white rock/powder substance (cocaine) approx 115 gms
3- Plastic bags cont. a quantity of a green/brown vegetable matter (marijuana)
$16,544.00 (sixteen thousand-five-hundred and forty-four) dollars in United States Currency
1- Poly-Tech AKS-7.62 Assault Rifle Serial # 386 CF-11497
1- Ruger Mini14 Assault Rifle Serial #187-16977
1- Remington Model 870 12 gauge pump shotgun Ser#w712591M
1-Smith & Wesson 9mm semi automatic pistol Model # 469 Serial#TAA7613
1- Taurus 22 caliber semi-automatic pistol Model # PT 22 Ser#AQD65497
1- Walther 9mm semi-automatic pistol Model# P-38 Ser#9680W w/holster
1- Case of 7.62 mm Rifle ammunition (approx.1260 Rounds)
28-10 Round &.62 mm Stripper Clips
5-Boxes of .223 caliber rifle ammunition
4-Cigarette packs cont. numerous .223 caliber and 7.62 mm rifle ammunition
1- Plastic bag cont. Numerous 12 gauge shotgun and 9mm pistol ammunition
3-Boxes of 9mm pistol ammunition
2-Boxes of 12 gauge shotgun ammunition
1-Box .22 caliber ammunition
4-High capacity rifle magazines
8- Flare surface trip grenades M49-A1
5- Simulator booby trap flash M-117
6- Trip wires
2- Trip wire springs
1-digital scale w/white powder residue
1-prescription bottle in the name of NATOLI, Ann
Marijuana and Cocaine paraphernalia(metal pipe, ceramic pipe, cocaine snorter, knife and credit card w/white powder residue, numerous small plastic baggies)
Personal Paperwork in the names of CAVALIERE, Ronald; CAVALIERE, Deborah, FISTER, Frank , D & F Trucking
1-Electronic money Counter
1-Pouch containing: 8Rings, 1 gold pendant, 1-1872 silver dollar
Metal briefcase containing:(cocaine and marijuana listed above) 2 digital scales, calculator, paperwork containing notes, figures and calculations; banker's bag containing numerous plastic baggies, prescription bottle in the name of FISTER, Frank personal paperwork and checkbook in the name of FISTER, Frank