UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )    No. 03-10404-NG
                            )
     v.                     )
                            )
2. RONALD CAVALIERE,        )
                            )
        Defendant.          )

### GOVERNMENT'S MOTION TO FILE AN OVER-LONG BRIEF
### (OPPOSITION TO MOTION TO SUPPRESS)

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Rachel E. Hershfang, Assistant U.S. Attorney, hereby seeks leave of the Court to file a brief in excess of 20 pages (its opposition to the motion to suppress evidence filed by the defendant Ronald Cavaliere). In support of this motion, the government states as follows: In his brief, Cavaliere raises four separate arguments for suppressing the items seized from his home, and from persons in his home, during a search conducted pursuant to a search warrant. In order to respond fully to the issues raised by this motion, it was necessary to use more than 20 pages.

The government therefore respectfully seeks the Court's permission to file an over-long brief.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:
    /s/ Rachel E. Hershfang
    RACHEL E. HERSHFANG
    Assistant U.S. Attorney

Dated: February 23, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record the foregoing by filing it electronically this 23rd day of February, 2006.

    /s/ Rachel E. Hershfang
    RACHEL E. HERSHFANG
    ASSISTANT UNITED STATES ATTORNEY