

# MassachusettsStatePolice
*Office of the Attorney General*
*1 Ashburton Place Room 1910*
*Boston, Massachusetts   02108*

April 25, 2002

| | |
|---|---|
| To: | Captain Mark F. Delaney, Commanding<br>Mass State Police, Attorney General's Office |
| From: | Trooper Timothy G. Babbin, ID #2120 |
| Subject: | **Arrest and Search Warrant Report**<br>**9 Wildwood Drive, Milford, Massachusetts**<br>**Wednesday, April 17, 2002** |
| Defendant #1 | CAVALIERE, Ronald J<br>9 Wildwood Drive<br>Milford, MA 01757<br>05/13/48  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 |
| Charges: | 1. Trafficking Class D (Marijuana) over 100 lbs   94c-32E<br>2. Conspiracy to Violate C.S.A.   94c-40<br>3. Possesion W/Intent to Distribute Class D   94c-32C |
| Defendant #2 | FISTER, Frank F.<br>319 Capt. Eames Circle<br>Ashland, MA 01721<br>08/26/64  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 |
| Charges: | 1. Trafficking Class B (cocaine) over 100 grams   94c-32E<br>2. Conspiracy to Violate C.S.A.   94c-40<br>3. Trafficking Class D (Marijuana) over 100 lbs   94c-32E<br>4. Possesion W/Intent to Distribute Class D   94c-32C |

1.   On Wednesday, April 17, 2002, this officer along with other officers assigned to this investigation had assembled in anticipation of the execution of a search warrant for the residence at 9 Wildwood Drive in the town of Milford. On Tuesday, April 11, 2002, this officer had made application for and received the aforementioned search warrant from Judge Patrick Brady in the Suffolk Superior Court. The search warrant was the result of a joint Massachusetts/New Hampshire State Police investigation into cocaine and marijuana

*trafficking.*

2. At approximately 10:00 a.m., this date officers from the Massachusetts State Police and the New Hampshire State Police had established ground, vehicle and aerial surveillance of the residence at 9 Wildwood Drive in Milford. At approximately 3:45 p.m., surveillance advised that a black Chevrolet SUV MA REG# 4511NI arrived at 9 Wildwood Drive and backed up to the garage doors of the residence. The operator, subsequently identified as FISTER, exited the black SUV and was greeted in the driveway by a female subject, later identified as CAVALIERE, Deborah. FISTER and CAVALIERE, Deborah then removed some items from the SUV and entered the residence. A short time later CAVALIERE, Ronald along with a German Shepard exited the residence and entered a Chevrolet pick-up truck, MA REG# 401XDN. Surveillance then followed CAVALIERE directly from the residence to the Pago-Pago restaurant on Route 16 in Milford. At the parking lot of the Pago-Pago, as previously arranged, a confidential and reliable informant (from herein CI) under the control of the New Hampshire State Police, met with CAVALIERE. After a brief meeting, CAVALIERE and CI left the Pago-Pago parking lot in their respective vehicles. CAVALIERE and CI traveled directly back to 9 Wildwood Drive in Milford. Once back at the residence, CAVALIERE and CI walked to the rear of the black SUV and opened the rear doors. After a short time at the rear of the SUV, CI returned to its vehicle and left the area.

3. In the meantime, Sergeant Hambrook (NHSP), Sergeant Prior (MSP), Tpr Bazzinotti (MSP K-9), Trooper Smith and this officer had assembled in a van and prepared to execute the search warrant. CI contacted Sergeant Hambrook by cellular telephone and advised that the three-hundred pounds of marijuana was in black plastic bags in the rear of the black SUV. Following the order to execute the search, officers approached the residence and announced their office and purpose. Sergeant Hambrook located CAVALIERE on the first floor of the residence and took him into custody. Sergeant Prior took FISTER into custody as he left the area of the second floor bathroom off the master bedroom. This officer located a set of keys fitting the black SUV on the vanity of the second floor bathroom from which FISTER had exited prior to his arrest. No other subject had entered or left aforementioned bathroom. Tpr Bazzinotti took control of the German Shepard by means of a K-9 pole and placed the animal in a cage at the rear of the residence without incident. CAVALIERE was advised by Sergeant Hambrook and secured on the rear porch. This officer then advised FISTER of his rights per Miranda and FISTER indicated that he understood his rights. When questioned about the black SUV, FISTER stated that it was not his and he did not drive it to the residence. When this officer advised FISTER that surveillance had observed him drive the black SUV and park in the driveway, FISTER stated that he wanted to speak with a lawyer. A search of FISTER's person revealed a plastic bag containing a quantity of an off-white, rock/powder substance (cocaine) as well as $594.00 (five-hundred and ninety-four dollars) in U.S. currency. A search of CAVALIERE's person revealed $1352.00 (Thirteen-hundred and fifty-two dollars) in U.S. currency. CAVALIERE also stated that he wanted a lawyer. FISTER and CAVALIERE were then transported to the Grafton barracks for booking.

4. Officers then began the search of the residence. The following items were seized pursuant to the search warrant:

138 Blocks of a green/brown vegetable matter (marijuana) approx. 300 pounds (rear of SUV-Tpr Babbin)

5- Plastic bags cont a quantity of an off-white rock/powder substance (cocaine) approx 115 gms.
(Briefcase on front seat of SUV-Tpr Babbin)
3- Plastic bags cont. a quantity of a green/brown vegetable matter (marijuana)
(Briefcase on front seat of SUV and upstairs coffee table-Tpr Babbin)

$16,544.00 (sixteen thousand-five-hundred and forty-four) dollars in United States Currency
(FISTER-person; FISTER-briefcase; CAVALIERE-person; CAVALIERE, Deborah-purse)
1- Poly-Tech AKS-7.62 Assault Rifle Serial # 386 CF-11497
(gun safe-Tpr Babbin)
1- Ruger Mini14 Assault Rifle Serial #187-16977
(gun-safe- Tpr Babbin)
1- Remington Model 870 12 gauge pump shotgun Ser#w712591M
(gun safe-Tpr Babbin)
1-Smith & Wesson 9mm semi automatic pistol Model # 469 Serial#TAA7613
(gun safe-Tpr Babbin)
1- Taurus 22 caliber semi-automatic pistol Model # PT 22 Ser#AQD65497
(gun safe- Tpr Babbin)
1- Walther 9mm semi-automatic pistol Model# P-38 Ser#9680W w/holster
(garage safe-Tpr Smith)
1- Case of 7.62 mm Rifle ammunition (approx. 1260 Rounds)
(garage safe-Tpr Smith)
28-10 Round &.62 mm Stripper Clips
(gun safe-Tpr Babbin)
5-Boxes of .223 caliber rifle ammunition
(gun safe-Tpr Babbin)
4-Cigarette packs cont. numerous .223 caliber and 7.62 mm rifle ammunition
(gun safe-Tpr Babbin)
1- Plastic bag cont. Numerous 12 gauge shotgun and 9mm pistol ammunition
(gun safe-Tpr Babbin)
3-Boxes of 9mm pistol ammunition
(gun safe and kitchen hutch-Tpr Babbin)
2-Boxes of 12 gauge shotgun ammunition
(gun safe-Tpr Babbin)
1-Box .22 caliber ammunition
(gun safe-Tpr Babbin)
4-High capacity rifle magazines
(gun safe-Tpr Babbin)
8- Flare surface trip grenades M49-A1
(garage safe-Tpr Smith)
5- Simulator booby trap flash M-117
(garage safe-Tpr Smith)
6 Trip wires
(garage safe-Tpr Smith)
2- Trip wire springs
(garage safe-Tpr Smith)
1-digital scale w/white powder residue
(kitchen hutch-Tpr Babbin)
1-prescription bottle in the name of NATOLI, Ann
(upstairs coffee table-Tpr Annicelli-NHSP)

Marijuana and Cocaine paraphernalia(metal pipe, ceramic pipe, cocaine snorter, knife and credit card w/white powder residue, numerous small plastic baggies)
(upstairs coffee table-Tpr Annicelli-NHSP)

Personal Paperwork in the names of CAVALIERE, Ronald; CAVALIERE, Deborah, FISTER, Frank , D & F Trucking
(Upstairs bedrooms, closets, persons of defendants-Tprs Babbin, Smith, Tprs Annicelli, Huse,Coraluzzo, Encarcano (NHSP)
1-Electronic money Counter
(upstairs coffee table-Tpr Annicelli-NHSP)
1-Pouch containing: 8 Rings, 1 gold pendant, 1-1872 silver dollar
(gun safe-Tpr Babbin)
Metal briefcase containing:(cocaine,currency and marijuana listed above) 2 digital scales, calculator, paperwork containing notes, figures and calculations; banker's bag containing numerous plastic baggies, prescription bottle in the name of FISTER, Frank personal paperwork and checkbook in the name of FISTER, Frank
(Front seat of SUV-Tpr Babbin)

5.      All portable quantities of narcotics evidence were placed in sealed evidence bags and secured at the Office of the Attorney General pending transport to the State Police Chemical Lab for analysis. The six-large plastic trash bags containing the three-hundred pounds of marijuana were transported from CAVALIERE's residence directly to the Narcotics Inspection Unit of the Massachusetts State Police for storage pending chemical analysis. All firearms seized were secured at the Office of the Attorney General pending transport to the State Police ballistics unit for analysis and test firing. All other evidence was transported to the Office of the Attorney General and secured in the contraband room.

6.      The black SUV MA REG#4511N1 was removed from the scene and secured pending forefeiture.

Respectfully submitted,

*[signature]*

Timothy G.Babbin, #2120
Trooper
Massachusetts State Police
Office of the Attorney General
Division of Special Investigations and Narcotics