

# Massachusetts State Police

**Office of the Attorney General**
**1 Ashburton Place Room 1910**
**Boston, Massachusetts   02108**



April 19, 2002

To:       Lieutenant Stephen G. Matthews, Commanding
          Mass State Police, Attorney General's Office

From:     Trooper Timothy G. Babbin, ID #2120

Subject:  Seizure of Contraband from CAVALIERE, Deborah 06/04/51
          9 Wildwood Drive Milford, Massachusetts
          Wednesday, April 17, 2002

Case#:    01-034-3599-0129

1.      On Wednesday, April 17, 2002, this officer along with other officers assigned to this investigation, executed a search warrant for the residence located at 9 Wildwood Drive in the town of Milford. One of the targets of this investigation has been positively identified as CAVALIERE, Ronald J 05/13/48.

2.      Once the residence had been secured, officers began to conduct the search of the residence. Sergeant Richard Prior had conversation with CAVALIERE's wife in the living room of the residence. CAVALIERE's wife has been positively identified as CAVALIERE, Deborah 06/04/51. During this conversation, Sergeant Prior checked CAVALIERE's purse and located a plastic bag containing a quantity of an off-white rock/powder substance believed to be cocaine. Also located in CAVALIERE's purse was $5318.00 (five thousand three hundred and eighteen dollars) in United States currency. Sergeant Prior advised CAVALIERE of her rights per Miranda and asked about the cocaine and the currency. When asked about the currency, CAVALIERE stated that it was hers and that she had saved it from working. When asked why she would carry such a large quantity of cash on her person, CAVALIERE did not answer. CAVALIERE further said the cocaine located in her purse belonged to her and was for personal use and that she was trying to quit. CAVALIERE further stated that Sergeant Prior should not tell her husband about the cash or the cocaine. Sergeant Prior then asked this officer to join him in the living room with CAVALIERE. This officer secured the cash and the currency in an evidence bag. The cash and contraband were listed on the search warrant return and secured at

the Office of the Attorney General pending transport to the State Police Chemical Lab for analysis.

Respectfully submitted,

*[signature]*

Timothy G. Babbin, #2120
Trooper
Massachusetts State Police
Office of the Attorney General
Division of Special Investigations and Narcotics