UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the **Superintendent of MCI NORFOLK, MA** ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF

YOU ARE COMMANDED to have the body of **RONALD CAVALIERE** now in your custody, before the United States District Court for the District of Massachusetts, **courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **MARCH 8, 2006, at 2:00PM** for the purpose of Evidence hearing in the case of

**UNITED STATES OF AMERICA V. RONALD CAVALIERE CR Number 03-10404-NG**

And you are to retain the body of said **RONALD CAVALIERE** while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **RONALD CAVALIERE** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 6th day of March 2006.

  /s/Nancy Gertner
UNITED STATES DISTRICT JUDGE

                                                       Sara A. Thornton
                                                       CLERK

       SEAL

                                                       BY:/s/ M. Molloy
                                                        Deputy Clerk