UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                                          Case No. 03-cr-10404-NG

RONALD J. CAVALIERE

**DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION TO SUPPRESS**

Defendant Ronald J. Cavaliere respectfully moves this Court that he be allowed until March 28, 2006 to file a supplemental memorandum of law in support of his motion to suppress. The Court ordered that defendant's memorandum was due March 24, 2006.

As reason therefore, counsel for defendant is out of town on a family emergency, having left on March 23, 2006, and is not expected to return until March 27, 2006 or later. Additional, defense counsel was on jury trial in United States v. DeCologero, docket number 01-cr-10373-RWZ from January 9, 2006 to March 20, 2006.

Undersigned counsel Jean LaRocque has conferred with Assistant U.S. Attorney Rachel Hershfang who does not oppose this request, with the caveat that she be given a

1

similar extension of time in which to file her reply, which defense counsel does not oppose. The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

Respectfully submitted,
Ronald J. Cavaliere
By his attorney,

/s/ MARK W. SHEA                              Dated: March 24, 2006
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:    617.577.8722
facsimile:    617.577.7897
e-mail:       mwshea@slrw.net


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 24, 2006.


/s/ Jean C. LaRocque
JEAN C. LAROCQUE

2