UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Criminal No. 03-10404-NG** |
| | ) |
| **MICHAEL GRIFFIN** | ) |
| et al. | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to Fort Dix FCI, in Fort Dix, New Jersey, for the purpose of securing **FRANK FISTER** to testify in the trial before United States District Court Judge Nancy Gertner in the above-captioned case on December 4, 2006 at 9 a.m., and thereafter. In support of this petition, the government states that:

1. That **FRANK FISTER, no. 24896-038**, is presently confined at Fort Dix FCI and will be so confined on December 4, 2006.

2. That **FRANK FISTER** has been called to be a witness in the trial in the above-captioned case.

3. That **FRANK FISTER** is due to appear before United States District Court Judge for this purpose on December 4, 2006 at 9:00 a.m. and thereafter.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at Fort Dix FCI, and to any other person having custody and control of **FRANK FISTER**, commanding them to produce **FRANK FISTER** before United States District Court Judge Nancy

Gertner at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on December 4, 2006 at 9 a.m.

                                                Respectfully submitted,

                                                Michael J. Sullivan
                                                United States Attorney

By:

                                                /s/ Rachel E. Hershfang
                                                Rachel E. Hershfang
                                                Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES DISTRICT JUDGE

Dated: