UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                                         Case No. 03-cr-10404-NG

Ronald J. Cavaliere

**Defendant's Assented to Motion for Continuance of Change of Plea Hearing**

NOW COMES the defendant in the above-entitled matter and respectfully requests that this Honorable Court grant him a continuance of the change of plea hearing.

Undersigned counsel has conferred with Assistant U.S. Attorney Rachel Hershfang, who does not oppose this request. The parties agree that the continuance requested will constitute excludable time for purposed of the Speedy Trial Act. The delay is excludable pursuant to 18 U.S.C. §3161(h)(8)(A). As reason therefore, please see the attached affidavit.

Respectfully submitted,
Ronald J. Cavaliere
By his attorney,

/s/ MARK W. SHEA                              Dated:  December 21, 2006
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:     617.577.8722
facsimile:     617.577.7897
e-mail:          markwshea@gmail.com

1