UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.  Case No. 03-cr-10404-NG

Ronald J. Cavaliere

**Affidavit in Support of
Defendant's Assented to Motion for Continuance of Change of Plea Hearing**

I, Mark W. Shea, do hereby depose and state as follows:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts.

2. I am the attorney of record for the defendant in the above-captioned matter.

3. The case is scheduled for a change of plea on January 5, 2007 at 2:30pm.

4. Undersigned counsel will be out of town from December 25, 2006 until 10:00pm on January 5, 2007

5. The defendant is currently incarcerated in state prison pursuant to a state conviction.

6. The assistant U.S. attorney does not oppose this request.

7. The parties agree that the time is excludable under the Speedy Trial Act.

Signed under the pains and penalties of perjury this 21st day of December 2006.

/s/ MARK W. SHEA
Mark W. Shea