

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts  02210

January 6, 2007

Honorable Nancy Gertner
United States District Judge
District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   <u>United States v. Ronald Cavaliere</u>
           No. 03-10404-NG

Your Honor:

    In anticipation of the Rule 11 hearing scheduled for Tuesday, January 9 in the above-captioned case, I write to inform the Court of the following: 1.  The parties have not entered into a plea agreement in this case.  2.  Due to the nature of the offense, a violation of Title 21, United States Code, §846 (conspiracy to possess with intent to distribute, and to distribute, cocaine [over 5 kilograms]), Mr. Cavaliere must be taken into custody upon the acceptance of his guilty plea.  <u>See</u> 18 U.S.C. §3143(a)(2).  (Mr. Cavaliere is currently serving time on a related state charge.)

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

              By:  <u>/s/ Rachel E. Hershfang</u>
                   RACHEL E. HERSHFANG
                   Assistant U.S. Attorney

cc:  Mark W. Shea, Esq.
     47 Third Street
     Cambridge, MA 02141