UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the **Superintendent of MCI NORFOLK, MA** ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF

YOU ARE COMMANDED to have the body of **RONALD CAVALIERE** now in your custody, before the United States District Court for the District of Massachusetts, **Courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **APRIL 10, 2007, at 8:30AM** for the purpose of Sentencing Hearing in the case of

**UNITED STATES OF AMERICA V. RONALD CAVALIERE CR Number 03-10404-NG**

And you are to retain the body of said **RONALD CAVALIERE** while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **RONALD CAVALIERE** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 5 8th day of APRIL 2007.

　/s/Nancy Gertner
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　　　　Sara A. Thornton
　　　　　　　　　　　　　　　　　　　　　　　　CLERK

　　　　SEAL

　　　　　　　　　　　　　　　　　　　　　　　　BY: /s/ M. Molloy
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk