IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 03-10404-NG |
| 2.   RONALD CAVALIERE, | ) |
|         Defendant. | ) |

**JOINT MOTION TO CONTINUE SENTENCING**

The United States, by and through its counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, and the defendant, Ronald Cavaliere, through counsel, Mark Shea, hereby respectfully asks that the Court continue the sentencing in this matter, previously scheduled for April 10, 2007, to either May 1 or May 2, 2007.  In support of this motion, the parties state that they are attempting to resolve matters that will be relevant at the sentencing (including, but not limited to, the defendant's safety-valve eligibility), and that a brief continuance will allow them time to do so.

                                        Respectfully submitted,

RONALD CAVALIERE                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: /s/ Mark Shea                       By: /s/ Rachel E. Hershfang
Mark Shea, Esq.                         Rachel E. Hershfang
(617) 577-8722                          Assistant U.S. Attorney
                                        (617) 748-3249