UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                    Case No. 03-cr-10404-NG

Ronald J. Cavaliere


**Defendant's Assented to Motion for Continuance of Sentencing Hearing**

NOW COMES the defendant in the above-entitled matter and respectfully requests that this Honorable Court grant him a continuance of the sentencing hearing.

Undersigned counsel has conferred with Assistant U.S. Attorney Rachel Hershfang, who does not oppose this request. The parties believe that the continuance will likely further the resolution of the forfeiture issue in the case. As defense counsel will be unavailable from May 17 until June 10, the defendant respectfully requests the hearing be rescheduled prior to May 17.


Respectfully submitted,
Ronald J. Cavaliere
By his attorney,

/s/ MARK W. SHEA                        Dated: April 30, 2007
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:     617.577.8722
facsimile:      617.577.7897
e-mail:         markwshea@gmail.com