UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                                  Case No. 03-cr-10404-NG

Ronald J. Cavaliere

### NOTICE OF APPEAL

Notice is hereby given that Ronald Cavaliere, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action of the 28th day of June 2007.

/s/ MARK W. SHEA                                       Dated:  July 6, 2007
Mark W. Shea
Attorney for Ronald Cavaliere
BBO No. 558319
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 6, 2007.

/s/ Mark W. Shea
MARK W. SHEA