```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4

 5    UNITED STATES         )    CR. NO. 03-10404-NG

 6    VS.                   )    COURTROOM NO. 2

 7    RONALD CAVALIERE      )    1 COURTHOUSE WAY

 8        DEFENDANT              BOSTON, MA  02210

 9

10                    FINDINGS OF FACT

11                       SENTENCING

12                     JUNE 28, 2007

13                       9:10 A.M.

14

15

16

17

18      BEFORE THE HONORABLE NANCY GERTNER

19        UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24              VALERIE A. O'HARA

25            OFFICIAL COURT REPORTER
```

```
 1   A P P E A R A N C E S:

 2        United States Attorney's Office, by RACHEL E.
     HERSHFANG, ASSISTANT UNITED STATES ATTORNEY, One Courthouse
 3   Way, Suite 9200, Boston, Massachusetts  02210, for the
     United States;
 4
          Shea, Larocque & Wood, LLP, by MARK W. SHEA, ESQ.,
 5   47 Third Street, Cambridge, Massachusetts  02141-1265,
     for the Defendant.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FINDINGS OF FACT

1
2   THE COURT: Well, I'm pretty creative but I can't
3   see the standard is about as broad as you can imagine. Any
4   of the persons, property used or intended to be used in any
5   manner or part to commit or facilitate the commission of
6   such violation, so under the circumstances I have to agree
7   with the government. I will take the guideline
8   recommendations of the probation office which suggests an
9   offense level of 23 and a criminal history of category 1
10  which I'm right then that's 46 to 57 months. I'm going to
11  sentence you to time served which I understand to have been
12  whatever the number is you have been in since 2-2-04.
13  Everyone agrees that's the date of the arrest?
14       MR. SHEA: 4-17-02 he's been in custody.
15       THE COURT: The presentence report says date of
16  arrest 2-2-04. Was he in state custody before?
17       MR. SHEA: Yes, he was in state custody before.
18       THE COURT: So everyone agrees that that time
19  ought to count?
20       MS. HERSHFANG: That's correct, your Honor. Just
21  for the record the state time was, is on this marijuana
22  charge which the parties all agree is part and parcel of the
23  offense of conviction so under 5G1.3, Mr. Cavaliere is
24  properly credited for the time that he served on the state
25  sentence even before his appearance in federal court.

1           THE COURT: Okay. So that's as of 4-17-02, so
2    that is essentially a time served sentence, supervised
3    release then of three years. While you're on supervised
4    release, you are not to commit another federal, state or
5    local crime. You're to submit to a drug test within 15 days
6    of your release from imprisonment and at least two periodic
7    drug tests thereafter not to exceed 104 per year. I will
8    not impose the DNA collection requirement because the Court
9    of Appeals hasn't dressed that, and I disagree with that and
10   I know the government objects. Your objection is
11   preserved.
12          MS. HERSHFANG: Thank you, your Honor.
13          THE COURT: You're to comply with the standard
14   conditions and in addition you're prohibited from possessing
15   a firearm or other dangerous weapon. You're to participate
16   in a substance abuse program as directed by probation and
17   you may be required to contribute to the costs of that
18   program. No fine. No restitution. Special assessment of
19   $100, which is due immediately.
20                           - - - -