APPEA

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10404-NG All Defendants

Case title: USA v. Griffin et al

Magistrate judge case number: 1:03-mj-01155-JGD

Date Filed: 12/19/2003

Assigned to: Judge Nancy Gertner

## Defendant

**Michael S. Griffin (1)**

represented by **Lillian M. Hirales**
Stern, Shapiro, Weissberg & Garin
Suite 500
90 Canal Street
Boston, MA 02114-2022
617-742-5800
Fax: 617-742-5858
*TERMINATED: 01/19/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Max D. Stern**
Stern, Shapiro, Weissberg & Garin
Suite 500
90 Canal Street
Boston, MA 02114-2022
617-742-5800
Fax: 617-742-5858
Email: mdstern@sswg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*TERMINATED: 02/12/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or*
*Community Defender Appointment*

**Kenneth M. Resnik**
Stern, Shapiro, Weissberg & Garin
90 Canal St.
5th Floor
Boston, MA 02114
617-742-5800 ext.113
Fax: 617-742-5858
Email: kresnik@sswg.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

21:846 Conspiracy to distribute cocaine
and marijuana
(1)
21:846 Conpsiracy to Possess with
Intent to Distribute and to Distribute
Cocaine and Marijuana
(1s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

## Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints

## Disposition

None

Assigned to: Judge Nancy Gertner

## Defendant

**Ronald J. Cavaliere** (2)                    represented by **Mark W. Shea**
*TERMINATED: 07/30/2007*                                     Shea, Larocque & Wood LLP
                                                             Suite 201
                                                             47 Third Street
                                                             Cambridge, MA 02141-1265
                                                             617-577-8722
                                                             Fax: 617-577-7897

Email: markwshea@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:846 Conspiracy to distribute cocaine
and marijuana
(1)

21:846 Conpsiracy to Possess with
Intent to Distribute and to Distribute
Cocaine and Marijuana
(1s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Disposition

Time Served, $100 Special Assessmen
No Fine; 3 Years S.R.

## Disposition

## Disposition

---

Assigned to: Judge Nancy Gertner

## Defendant

**William David Veney** (3)

represented by **Steven A. Sussman**
6 Beacon Street
Suite 400
Boston,, MA 02108
617-973-4800
Fax: 617-248-0499
Email: s.sussman@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:846 Conpsiracy to Possess with
Intent to Distribute and to Distribute
Cocaine and Marijuana

## Disposition

(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** **Disposition**

None

Assigned to: Judge Nancy Gertner

**Defendant**

**Richard Collado** (4)                     represented by **James H. Budreau**
Law Office of James Budreau
20 Park Plaza
Suite 905
Boston, MA 02112
617-227-3700
Fax: 617-338-9538
Email: budjim@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts** **Disposition**

21:846 Conpsiracy to Possess with
Intent to Distribute and to Distribute
Cocaine and Marijuana
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** **Disposition**

None

**Highest Offense Level (Terminated)**

None

## Complaints

**Disposition**

None

## Plaintiff

**USA**

represented by **Kevin McGrath**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3237
Fax: 617-748-3965
*TERMINATED: 05/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel E. Hershfang**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3358
Email: rachel.hershfang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathaniel R. Mendell**
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: Nathaniel.Mendell@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2003 | 1 | RULE 40 AFFIDAVIT by USA as to Michael S. Griffin by Affiant Thomas Kennedy Received for docketing on 11/3/03 Defendant charged with Title 21 U.S.C., Section 841(a)(1)and 846 conspiracy to Distribute cocaine and marijuana in the Eastern District of V[1:03irginia(Flaherty, Elaine)[1:03-mj-01155-JGD] (Entered: 11/07/2003) |

| 10/28/2003 | ᗍ2 | CJA 23 Financial Affidavit by Michael S. Griffin received for docketing on 11/3/03.(Flaherty, Elaine)[1:03-mj-01155-JGD] (Entered: 11/07/2003 |
|---|---|---|
| 10/28/2003 | ᗍ3 | Judge Judith G. Dein : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael S. Griffin (No one specifically named) received for docketing on 1 13/03. (Flaherty, Elaine) [1:03-mj-01155-JGD] (Entered: 11/07/2003) |
| 10/28/2003 | ᗍ4 | surety, secured by real property (not named) Bond Entered as to Michael S. Griffin in amount of $ 50,000., (Flaherty, Elaine)[1:03-mj-01155-JGD] (Entered: 11/07/2003) |
| 10/28/2003 | ᗍ5 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release as to Michael S. Griffin (1) $50,000. surety bond secured by real property (Flaherty, Elaine)[1:03-mj-01155-JGD] (Entered: 11/07/2003) |
| 10/28/2003 | ᗍ6 | WAIVER of Rule 40 Hearings (identity hearing) by Michael S. Griffin (Flaherty, Elaine)[1:03-mj-01155-JGD] (Entered: 11/07/2003) |
| 12/29/2003 | ᗍ9 | ORDER OF TRANSFER (Rule 21) from Virginia as to Michael S. Griffin, Ronald J. Cavaliere. (Gawlik, Cathy) (Entered: 12/29/2003) |
| 12/29/2003 | ᗍ | Judge Nancy Gertner : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Michael S. Griffin, Ronald J. Cavaliere (Gawlik, Cathy) (Entered: 12/29/2003) |
| 01/30/2004 | ᗍ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin held on 1/30/2004; AUSA McGrath and Federal Defender Fried report the current status; Atty Fried reports the Dft. Griffin has retained Attorney Max Stern; USMJ Dein set further status conference for 2/4/04 @ 11:30am (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/30/2004) |
| 01/30/2004 | ᗍ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere held on 1/30/2004; AUSA Kevin McGrath and Federal Defender Fried report the case status; Defender Fried informs USMJ Dein the Dft has retained counsel who will file appearance; AUSA McGrath will submit report on speedy trial days and inform clerk Quinn where dft. Cavaliere incarcerated for Habeas Corpus Writ to issue; USMJ Dein continues status conference for 2/4/04 @ 11:30am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 02/02/2004) |
| 02/02/2004 | ᗍ | Attorney update in case as to Michael S. Griffin. Attorney Kevin McGrath for USA, Syrie D. Fried for Michael S. Griffin added. (Quinn, Thomas) (Entered: 02/02/2004) |
| 02/02/2004 | ᗍ7 | Writ of Habeas Corpus ad Prosequendum Issued as to Ronald J. Cavaliere (Quinn, Thomas) (Entered: 02/02/2004) |
| 02/04/2004 | ᗍ8 | CJA 23 Financial Affidavit by Ronald J. Cavaliere (Quinn, Thomas) (Entered: 02/04/2004) |

| 02/04/2004 | ◑ | Attorney update in case as to Ronald J. Cavaliere. Attorney Mark W. Shea for Ronald J. Cavaliere added. (Quinn, Thomas) (Entered: 02/04/2004) |
|---|---|---|
| 02/04/2004 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Ronald J. Cavaliere (2) Count 1 held on 2/4/2004; AUSA McGrath and Attorney Shea (CJA) for the dft.; the Dft requests counsel and USMJ Dein appoints counsel; the Govt. moves for detention and continuance of detention hearing under USA v. King; the Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 3/17/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 02/05/2004) |
| 02/04/2004 | ◑10 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Ronald J. Cavaliere Status Conference set for 3/17/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 02/05/2004) |
| 02/04/2004 | ◑11 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ronald J. Cavaliere Time excluded from 2/4/04 until 3/3/04. (Quinn, Thomas) (Entered: 02/05/2004) |
| 02/05/2004 | ◑12 | Judge Judith G. Dein : ORDER Pursuant to United States v. King entered as to Ronald J. Cavaliere (Quinn, Thomas) (Entered: 02/05/2004) |
| 02/12/2004 | ◑ | Attorney update in case as to Michael S. Griffin. Attorney Max D. Stern for Michael S. Griffin added. Attorney Syrie D. Fried terminated. (Quinn Thomas) (Entered: 02/13/2004) |
| 02/12/2004 | ◑13 | NOTICE OF ATTORNEY APPEARANCE: Max D. Stern appearing for Michael S. Griffin (Quinn, Thomas) (Entered: 02/13/2004) |
| 02/12/2004 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin held on 2/12/2004; AUSA McGrath and Attorney Stern for the Dft.; the parties report case status and USMJ Dein will issue order. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 02/13/2004) |
| 02/12/2004 | ◑14 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin Time excluded from 2/12/04 until 3/17/04. (Quinn, Thomas) (Entered: 02/13/2004) |
| 02/12/2004 | ◑15 | ASSENTED TO MOTION for Excludable Delay from 11/5/03 to 2/4/04 as to Michael S. Griffin, Ronald J. Cavaliere by USA. c/s (Filo, Jennifer (Entered: 02/17/2004) |
| 02/23/2004 | ◑ | Judge Judith G. Dein : Electronic ORDER entered granting 15 Motion to Exclude as to Michael S. Griffin (1), Ronald J. Cavaliere (2) (Quinn, Thomas) (Entered: 02/23/2004) |
| 02/23/2004 | ◑16 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 11/5/03 until 2/4/04. Time excluded from 2/4/04 until 3/17/04. (Quinn, Thomas) (Entered: 02/23/2004) |

| 03/02/2004 | 17 | Judge Nancy Gertner : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 11/5/03 until 2/4/04. (Filo, Jennifer) (Entered: 03/04/2004) |
| --- | --- | --- |
| 03/02/2004 | 18 | BILL OF PARTICULARS as to Michael S. Griffin, Ronald J. Cavaliere, filed by USA. c/s (Filo, Jennifer) (Entered: 03/11/2004) |
| 03/17/2004 | 19 | Judge Judith G. Dein : ORDER entered INITIAL STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere. Status Conference set for 5/14/2004 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/18/2004) |
| 03/17/2004 | ◐ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere held on 3/17/2004; AUSA McGrath and Attorneys Shea and Stern report discovery is still on going and the parties request a further conference for 5/14/04 @ 10:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/18/2004) |
| 03/17/2004 | 21 | MOTION to Travel as to Michael S. Griffin . (Quinn, Thomas) (Entered: 04/02/2004) |
| 03/18/2004 | 20 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere. Time excluded from 3/17/04 until 5/14/04. (Dambrosio, Jolyne) (Entered: 03/18/2004) |
| 04/01/2004 | ◐ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Hearing RE: pretrial memo as to Michael S. Griffin held on 4/1/2004; AUSA McGrath and Attorney Stern for the dft.; USMJ Dein hears from the dft., pretrial services and the govt.; USMJ Dein warns dft. Griffin of the importance of attending his drug treatment sessions as directed by pretrial services; USMJ Dein will allow Dft to travel outside of New England to perform the job of moving. (Entered: 04/02/2004) |
| 05/11/2004 | 22 | NOTICE OF ATTORNEY APPEARANCE: Lillian M. Hirales appearing for Michael S. Griffin (Filo, Jennifer) (Entered: 05/13/2004) |
| 05/11/2004 | 23 | MOTION for Extension of Time to Request Discovery and To Postpone Interim Status Conference as to Michael S. Griffin . (Filo, Jennifer) (Entered: 05/13/2004) |
| 05/14/2004 | ◐ | Judge Judith G. Dein : Electronic ORDER entered granting 23 Motion for Extension of Time as to Michael S. Griffin (1); Conference is reset for June 15, 2004 @ 11:15am. (Quinn, Thomas) (Entered: 05/14/2004) |
| 05/14/2004 | 24 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 5/14/04 until 6/15/04. (Quinn, Thomas) (Entered: 05/14/2004) |
| 05/14/2004 | 25 | First MOTION for Extension of Time to 6/10/04 to File Request Additional Discovery and Postpone Interim Status Conference as to Ronald J. Cavaliere. (Shea, Mark) (Entered: 05/14/2004) |
| 05/17/2004 | ◐ | Judge Judith G. Dein : Electronic ORDER entered granting 25 Motion |

| | | |
|---|---|---|
| | | for Extension of Time to Request Discovery and To Postpone Interim Status Conference as to Ronald J. Cavaliere (2). The status conference has been continued to 6/15/04 at 11:15 A.M. (Dambrosio, Jolyne) (Entered: 05/17/2004) |
| 05/26/2004 | 26 | Assented to MOTION to Continue *Status Conference and Discovery Deadlines* as to Michael S. Griffin, Ronald J. Cavaliere by USA. (Hershfang, Rachel) (Entered: 05/26/2004) |
| 05/27/2004 | ❑ | Attorney update in case as to Michael S. Griffin, Ronald J. Cavaliere. Attorney Rachel E. Hershfang for USA and USA added. Attorney Kevin McGrath terminated. (Filo, Jennifer) (Entered: 05/27/2004) |
| 05/27/2004 | ❑ | Judge Judith G. Dein : Electronic ORDER entered granting 26 Motion to Continue as to Michael S. Griffin (1), Ronald J. Cavaliere (2). The status conference is continued to 7/13/04 at 2:30 P.M., and the defendants' discovery requests shall be filed by 7/6/04. (Dambrosio, Jolyne) (Entered: 05/27/2004) |
| 05/27/2004 | 27 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere. Time excluded from 6/15/04 until 7/13/04. (Dambrosio, Jolyne) (Entered: 05/27/2004) |
| 07/08/2004 | 30 | Judge Nancy Gertner : GENERAL PROCEDURAL ORDER entered as to Michael S. Griffin, Ronald J. Cavaliere (Filo, Jennifer) (Entered: 07/28/2004) |
| 07/12/2004 | 28 | MOTION for Extension of Time to 7/30/04 to File File Discovery Requests *And to Postpone Interim Status Conference* as to Michael S. Griffin. (Stern, Max) (Entered: 07/12/2004) |
| 07/13/2004 | ❑ | Judge Judith G. Dein : Electronic ORDER entered granting 28 Motion for Extension of Time. The status conference has been continued to 8/5/04 at 10:00 A.M. (Dambrosio, Jolyne) (Entered: 07/13/2004) |
| 07/13/2004 | 29 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere. Time excluded from 7/13/04 until 8/5/04. (Dambrosio, Jolyne) (Entered: 07/13/2004) |
| 08/05/2004 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere held on 8/5/2004; AUSA Hershfang and Attorneys Shea and Stern report current case status; Next status conference is set for 10/7/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/09/2004) |
| 08/05/2004 | 31 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere Status Conference set for 10/7/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 08/09/2004) |
| 08/05/2004 | 32 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 8/5/04 until 10/7/04. (Quinn, Thomas) (Entered: 08/09/2004) |
| | | |

| 10/01/2004 | 33 | Assented to MOTION to Continue *Status Conference* as to Michael S. Griffin, Ronald J. Cavaliere by USA. (Hershfang, Rachel) (Entered: 10/01/2004) |
| --- | --- | --- |
| 10/05/2004 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting 33 Motion to Continue Status Conference and Discovery Deadlines as to Michael S. Griffin (1), Ronald J. Cavaliere (2). The Status Conference is continued to 11/1/04 at 10:00 A.M. (Dambrosio, Jolyne) (Entered: 10/05/2004) |
| 10/05/2004 | 34 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere. Time excluded from 10/7/04 until 11/1/04. (Dambrosio, Jolyne) (Entered: 10/05/2004) |
| 10/29/2004 | 35 | Assented to MOTION to Continue *Status Conference* as to Michael S. Griffin, Ronald J. Cavaliere by USA. (Hershfang, Rachel) (Entered: 10/29/2004) |
| 10/29/2004 | 42 | SUPERSEDING INDICTMENT as to Michael S. Griffin (1) count(s) 1s, Ronald J. Cavaliere (2) count(s) 1s, William David Veney (3) count(s) 1, Richard Collado (4) count(s) 1. (Gawlik, Cathy) (Entered: 12/21/2004) |
| 10/29/2004 | 43 | Judge Nancy Gertner : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Gawlik, Cathy) (Entered: 12/21/2004) |
| 11/01/2004 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting 35 Motion to Continue as to Michael S. Griffin (1), Ronald J. Cavaliere (2); Reset for 11/17/04 @ 10:15am. (Quinn, Thomas) (Entered: 11/02/2004) |
| 11/01/2004 | 36 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 11/1/04 until 11/17/04. (Quinn, Thomas) (Entered: 11/02/2004) |
| 11/16/2004 | 37 | Assented to MOTION to Continue *Status Conference* as to Michael S. Griffin, Ronald J. Cavaliere by USA. (Hershfang, Rachel) (Entered: 11/16/2004) |
| 11/17/2004 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting 37 Motion to Continue as to Michael S. Griffin (1), Ronald J. Cavaliere (2)Status conference is reset for December 17, 2004 @ 2:15pm. (Quinn, Thomas) (Entered: 11/18/2004) |
| 11/17/2004 | 38 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 11/17/04 until 12/17/04. (Quinn, Thomas) (Entered: 11/18/2004) |
| 12/03/2004 | ❏ | Arrest of William David Veney in Florida. (Filo, Jennifer) (Entered: 01/05/2005) |
| 12/14/2004 | 39 | MOTION to Unseal Indictment as to Michael S. Griffin, Ronald J. Cavaliere by USA. (Filo, Jennifer) (Entered: 12/16/2004) |
| 12/16/2004 | 40 | MOTION for Extension of Time to 12/23/04 to File And to Postpone |

| | | |
|---|---|---|
| | | Interim Status Conference as to Michael S. Griffin. (Stern, Max) (Entered: 12/16/2004) |
| 12/16/2004 | ● | Judge Judith G. Dein : Electronic ORDER entered granting 40 Motion for Extension of Time as to Michael S. Griffin (1) (Quinn, Thomas) (Entered: 12/20/2004) |
| 12/16/2004 | ●41 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 12/17/04 until 12/23/04. (Quinn, Thomas) (Entered: 12/20/2004) |
| 12/16/2004 | ● | Judge Judith G. Dein : ORDER entered granting 39 Motion to Unseal Document as to Michael S. Griffin (1), Ronald J. Cavaliere (2) (Gawlik, Cathy) (Entered: 12/21/2004) |
| 12/17/2004 | ● | Attorney update in case as to William David Veney. Attorney Steven A. Sussman for William David Veney added. (Quinn, Thomas) (Entered: 12/21/2004) |
| 12/17/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to William David Veney (3 Count 1 held on 12/17/2004,; AUSA Hershfang and Attorney Sussman for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. requests counsel and files CJA 23 form; Attorney Sussman is appointed; Dft pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 1/27/05 @ 2:30pm.; USMJ Dein adopts the conditions of release set in Middle District of Florida. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/21/2004) |
| 12/17/2004 | ●45 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to William David Veney Status Conference set for 1/27/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/21/2004) |
| 12/17/2004 | ●46 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to William David Veney Time excluded from 12/17/04 until 1/14/05. (Quinn, Thomas) (Entered: 12/21/2004) |
| 12/21/2004 | ●44 | Arrest Warrant Returned Executed on 12/3/04. as to William David Veney. (Filo, Jennifer) (Entered: 12/21/2004) |
| 12/22/2004 | ●47 | MOTION To Remove Lis Pendens as to Michael S. Griffin. (Stern, Max) (Entered: 12/22/2004) |
| 12/22/2004 | ●48 | MEMORANDUM in Support by Michael S. Griffin re 47 MOTION To Remove Lis Pendens (Attachments: # 1 Exhibit Indictment# 2 Exhibit Docket Report Sheet# 3 Exhibit Notice of Lis Pendens# 4 Affidavit Affidavit of Michael Griffin# 5 Exhibit Superseding Indictment)(Stern, Max) (Entered: 12/22/2004) |
| 12/22/2004 | ●49 | MOTION to Correct 42 Indictment as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado by USA. (Hershfang, Rachel) (Entered: 12/22/2004) |
| | | |

| 12/23/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Michael S. Griffin (1) Count 1s held on 12/23/2004, Status Conference as to Michael S. Griffin held on 12/23/2004; AUSA Hershfang and Attorney Stern for the dft.; Dft. pleads not guilty; Counsel report discovery is ongoing and seek further conference on 1/27/05 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/28/2004) |
|---|---|---|
| 12/23/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Ronald J. Cavaliere (2) Count 1s held on 12/23/2004, Status Conference as to Ronald J. Cavaliere held on 12/23/2004; AUSA Hershfang and Attorney Shea for the dft.; Dft. pleads not guilty; Counsel report current case status and seek further status conference for 1/27/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/28/2004) |
| 12/23/2004 | ⬤50 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere Status Conference set for 1/27/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/28/2004) |
| 12/23/2004 | ⬤51 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 12/23/04 until 1/27/05. (Quinn, Thomas) (Entered: 12/28/2004) |
| 12/28/2004 | ⬤52 | Rule 5(c)(3) Documents Received as to William David Veney (Filo, Jennifer) (Entered: 01/05/2005) |
| 01/10/2005 | ❸ | Judge Judith G. Dein : ElectronicORDER entered granting 49 Motion to Correct as to Ronald J. Cavaliere (2) (Quinn, Thomas) (Entered: 01/12/2005) |
| 01/11/2005 | ⬤53 | Opposition by USA as to Michael S. Griffin re 47 MOTION To Remove Lis Pendens (Hershfang, Rachel) (Entered: 01/11/2005) |
| 01/12/2005 | ❸ | ELECTRONIC NOTICE OF RESCHEDULING: The Status Conference presently set for 1/27/05 has been rescheduled to 1/25/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. Argument on 47 Defendant Michael Griffin's Motion to Remove Lis Pendens will also be heard at that time. (Dambrosio, Jolyne) (Entered: 01/12/2005) |
| 01/24/2005 | ⬤54 | REPLY TO RESPONSE to Motion by Michael S. Griffin re 47 MOTION To Remove Lis Pendens (Stern, Max) (Entered: 01/24/2005) |
| 01/25/2005 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney held on 1/25/2005: AUSAS Hershfang and Zack and Attorneys Stern, Sussman and Shea report current case status and seek further conference on 3/24/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/25/2005) |
| 01/25/2005 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Hearing in Re: Pretrial violation and Motion Hearing as to Micha |

|  |  |  |
|---|---|---|
|  |  | S. Griffin held on 1/25/2005 re 47 MOTION To Remove Lis Pendens filed by Michael S. Griffin.; AUSAS Hershfang and Zack and Attorney Griffin. PO Oxford and dft. Griffin: USMJ Dein hears from the Attorney Stern, PO Oxford and AUSA Hershfang; Conditions of release remain the same however USMJ Dein tells pretrial and dft. to explore a fixed schedule for reporting and drug testing. USMJ Dein hears arguments from AUSA Zack and Attorney Stern on mtn to Remove Lis Pendens and take matter under advisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/27/2005) |
| 01/25/2005 | 55 | Judge Judith G. Dein : Electronic ORDER entered. STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney Status Conference set for 3/24/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/27/2005) |
| 01/25/2005 | 56 | Judge Judith G. Dein : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney Time excluded from 1/25/05 until 3/24/05. (Quinn Thomas) (Entered: 01/27/2005) |
| 01/25/2005 | 57 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney (Filo, Jennifer) (Entered: 02/01/2005) |
| 02/15/2005 | ◯ | Arrest of Richard Collado in Puerto Rico. (Filo, Jennifer) (Entered: 02/24/2005) |
| 02/16/2005 | 58 | Judge Judith G. Dein : MEMORANDUM OF DECISION AND ORDER entered granting 47 Motion to Remove Lis Pendens as to Michael S. Griffin (1). (Dambrosio, Jolyne) (Entered: 02/16/2005) |
| 02/22/2005 | 59 | Rule 5(c)(3) Documents Received as to Richard Collado (Filo, Jennifer) (Entered: 02/24/2005) |
| 03/03/2005 | 60 | Objections to the Magistrate Judge's Memorandum and Order of Decision re 58 Order on Motion for Miscellaneous Relief as to Michael S. Griffinby USA. (Zacks, Jennifer) Modified on 3/4/2005 to correct text Document is an Objection, not a Motion as originally filed (Filo, Jennifer). (Entered: 03/03/2005) |
| 03/09/2005 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Richard Collado (4) Count 1 held on 3/9/2005, Plea entered by Richard Collado (4) Count 1. by Richard Collado Not Guilty on counts one.; AUSA Poswistilo and Attorney Budreau for the dft.; 1st appearance on Rule 40 in from the District of Puerto Rico; USMJ Dein informs the dft. of his rights and charges; Dft. requests counsel and will provide cja 23 form; Attorney Budreau is appointed; Govt. moves for detention and continuance; Dft. consents to order of detention without prejudice; 1st status conference is set for 4/12/05 @ 3:45pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/09/2005) |
| 03/11/2005 | 61 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to |

| | | Richard Collado. Status Conference set for 4/12/2005 03:45 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/11/2005) |
|---|---|---|
| 03/11/2005 | 62 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Richard Collado. Time excluded from 3/9/05 until 4/6/05. (Dambrosio, Jolyne) (Entered: 03/11/2005) |
| 03/15/2005 | 63 | NOTICE re automatic disclosure as to Richard Collado (Filo, Jennifer) (Entered: 03/16/2005) |
| 03/23/2005 | 64 | Response as to Michael S. Griffin: 60 MOTION modify or set aside magistrate judge's order re 58 Order on Motion for Miscellaneous Relief filed by USA.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Stern, Max) (Entered: 03/23/2005) |
| 03/24/2005 | 65 | Judge Judith G. Dein : ORDER entered. INTERIM STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney. Status Conference set for 5/26/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/25/2005) |
| 03/24/2005 | 66 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney. Time excluded from 3/24/05 until 5/26/05. (Dambrosio, Jolyne) (Entered: 03/25/2005) |
| 03/24/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney held on 3/24/2005; AUSA Hershfang and Attorneys Stern, Larocque and Sussman report case status and seek further conference for 5/26/05 @ 2:30pm (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/28/2005) |
| 03/31/2005 | 68 | Letter (non-motion) regarding Discovery as to Michael S. Griffin, Ronal J. Cavaliere, William David Veney, Richard Collado to Mr. Shea from AUSA. (Filo, Jennifer) (Entered: 04/12/2005) |
| 04/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Richard Collado held on 4/12/2005; AUS Hershfang and Attorney Budreau report case status; Next status conference is set for 5/26/05 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/14/2005) |
| 04/12/2005 | 69 | Judge Judith G. Dein : Electronic ORDER entered. STATUS REPORT as to Richard Collado Status Conference set for 5/26/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/14/2005) |
| 04/12/2005 | 70 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Richard Collado Time excluded from 4/12/05 until 5/26/05. (Quinn, Thomas) (Entered: 04/14/2005) |

| 04/14/2005 | ✎ | Attorney update in case as to Richard Collado. Attorney James H. Budreau for Richard Collado added. (Quinn, Thomas) (Entered: 04/14/2005) |
|---|---|---|
| 04/21/2005 | 🖉 71 | Letter (non-motion) regarding The Government's Objections to the Magistrate-Judge's Memorandum and Order of Decision regarding the lis pendens on the defendant's property and the Defendant's Response as to Michael S. Griffin (Attachments: # 1 Exhibit Westlaw printout of Shrewsbury v. Seaport Partners, Ltd.)(Stern, Max) (Entered: 04/21/2005) |
| 05/06/2005 | ✎ | Judge Nancy Gertner : Electronic ORDER entered. as to Michael S. Griffin: I will treat the government's letter [#71] as a "Motion to Modify or Set Aside Magistrate Judge's Order [#60] [which order set aside a lis pendens on property owned by Griffin and his wife in Newton, Mass.]" And, I will DENY that motion and AFFIRM Judge Dein's order [#60]. The lis pendens (referred to in docket #60) is hereby set aside. (Gertner, Nancy) (Entered: 05/06/2005) |
| 05/25/2005 | 🖉 72 | MOTION for Extension of Time to Monday, June 20, 2005 to File and To Postpone Status Conference as to Defendant as to Michael S. Griffin. (Stern, Max) (Entered: 05/25/2005) |
| 05/25/2005 | 🖉 73 | Letter (non-motion) regarding Status Conference as to Richard Collado (Budreau, James) (Entered: 05/25/2005) |
| 05/26/2005 | ✎ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Ronald J. Cavaliere, William David Veney Richard Collado held on 5/26/2005; AUSA Hershfang and Attorneys Shea and Susman report current case status; Counsel shall review evidence by June 30, 2005; Next conference is set for 6/30/05 @ 3:30pm (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/27/2005) |
| 05/26/2005 | 🖉 74 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado Status Conference set for 6/30/2005 03:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/27/2005) |
| 05/26/2005 | 🖉 75 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado Time excluded from 5/26/05 until 6/30/05. (Quinn, Thomas) (Entered: 05/27/2005) |
| 06/30/2005 | ✎ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on 6/30/2005; AUSA Hershfang and defense counsel report discovery is ongoing and seek further conference for 8/10/05 @ 2:45pm. (Court Reporter D.R..) (Quin. Thomas) (Entered: 07/01/2005) |
| 06/30/2005 | 🖉 76 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado Status Conference set for 8/10/2005 02:45 PM in Courtroom 15 |

| | | before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 07/01/2005) |
|---|---|---|
| 06/30/2005 | 77 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado Time excluded from 6/30/05 until 8/10/05. (Quinn, Thomas) (Entered: 07/01/2005) |
| 07/02/2005 | 78 | Ex Parte MOTION for Investigative Funds as to Richard Collado. (Budreau, James) (Entered: 07/02/2005) |
| 07/05/2005 | 79 | Ex Parte MOTION for Interim Compensation *(Copies)* as to Richard Collado. (Budreau, James) (Entered: 07/05/2005) |
| 07/13/2005 | ❏ | Judge Nancy Gertner : Electronic ORDER entered granting 78 Motion for Investigative Funds as to Richard Collado (4); granting 79 Motion for Interim Compensation as to Richard Collado (4) (Gertner, Nancy) (Entered: 07/13/2005) |
| 08/09/2005 | 80 | MOTION to Modify Conditions of Release *to Replace Lien* as to Michae S. Griffin. (Stern, Max) (Entered: 08/09/2005) |
| 08/10/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on 8/10/2005; AUSA Hershfang and Attorneys Hirales, Sussman, Shea, Budreau report discovery is ongoing; discovery motions due 8/23/05; Final Status conference is set for 9/1/05 @ 10:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/10/2005) |
| 08/10/2005 | 81 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado Status Conference set for 9/1/2005 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 08/16/2005) |
| 08/10/2005 | 82 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado Time excluded from 8/10/05 until 9/1/05. (Quinn, Thomas) (Entered: 08/16/2005) |
| 08/11/2005 | ❏ | Judge Judith G. Dein : Electronic ORDER entered denying as moot 72 Motion for Extension of Time as to Michael S. Griffin (1) (Dein, Judith) (Entered: 08/11/2005) |
| 08/11/2005 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting nunc pro tun to date of filing 21 Motion to Travel as to Michael S. Griffin (1) (Dein, Judith) (Entered: 08/11/2005) |
| 08/11/2005 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting 80 Motion to Modify Conditions of Release as to Michael S. Griffin (1), there being n opposition to the motion. (Dein, Judith) (Entered: 08/11/2005) |
| 08/19/2005 | 83 | Assented to MOTION for Extension of Time to September 28, 2005 to |

| | | File And to Postpone the Discovery Deadline and the Final Status Conference as to Michael S. Griffin. (Stern, Max) (Entered: 08/19/2005) |
|---|---|---|
| 08/22/2005 | 88 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere Time excluded from 9/1/05 until 10/28/05. (Quinn, Thomas) (Entered: 08/30/2005) |
| 08/23/2005 | 84 | Assented to MOTION to Modify Conditions of Release *and Release from Detention* as to Richard Collado. (Attachments: # 1 Exhibit Bail Documents)(Budreau, James) (Entered: 08/23/2005) |
| 08/23/2005 | 85 | Letter (non-motion) regarding Discovery Requests as to Richard Collado (Budreau, James) Additional attachment(s) added on 8/25/2005 (Filo, Jennifer). (Entered: 08/23/2005) |
| 08/24/2005 | 86 | DUPLICATE ENTRY OF DOCUMENT 85 *Substitute* Letter (non-motion) regarding Discovery as to Richard Collado (Budreau, James) Modified on 8/25/2005 (Filo, Jennifer). (Entered: 08/24/2005) |
| 08/25/2005 | 87 | DISCHARGE OF MORTGAGE as to Michael S. Griffin for property located at 362 Wolcott St. Newton, Ma. replaced bond with cash for property in the amount of $50,000, recept # 66488 (Diskes, Sheila) (Entered: 08/25/2005) |
| 08/25/2005 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting 84 Motion to Modify Conditions of Release as to Richard Collado (4) in accordance with the conditions set in court on this date. (Dein, Judith) (Entered: 08/25/2005) |
| 08/25/2005 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting 49 Motion to Correct as to Michael S. Griffin (1), William David Veney (3), Richard Collado (4). Motion had been allowed in open court by agreement of all parties when filed in December, 2004. (Dein, Judith) (Entered: 08/25/2005) |
| 08/25/2005 | ❏ | Judge Judith G. Dein : Electronic ORDER entered finding as moot 83 Motion for Extension of Time as to Michael S. Griffin (1) (Dein, Judith) (Entered: 08/25/2005) |
| 09/09/2005 | 89 | MOTION to Modify Conditions of Release as to William David Veney. (Attachments: # 1)(Sussman, Steven) (Entered: 09/09/2005) |
| 09/14/2005 | 90 | SEALED Copy of Letter (non-motion) regarding Discovery as to Richar Collado filed by AUSA Hershfang. (Filo, Jennifer) (Entered: 09/15/2005 |
| 09/20/2005 | ❏ | Judge Judith G. Dein : ElectronicORDER entered granting 89 Motion to Modify Conditions of Release as to William David Veney (3) (Quinn, Thomas) (Entered: 09/20/2005) |
| 09/27/2005 | 91 | MOTION for Discovery as to Richard Collado. (Budreau, James) Additional attachment(s) added on 9/28/2005 (Filo, Jennifer). (Entered: 09/27/2005) |
| 09/28/2005 | 92 | Assented to MOTION for Extension of Time to November 18, 2005 to |

| | | File And to Postpone the Discovery Deadline and the Final Status Conference as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Colladoby Michael S. Griffin. (Stern, Max) (Entered: 09/28/2005) |
|---|---|---|
| 09/28/2005 | ◒ | Judge Judith G. Dein : ElectronicORDER entered granting Defendants' 92 Assented To Motion for Extension of Time. The Final Status Conference is continued to 11/18/05 at 2:45PM. Argument on discovery motions, if any, will be heard at the conference. (Dambrosio, Jolyne) (Entered: 09/28/2005) |
| 09/28/2005 | 93 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado. Time excluded from 10/28/05 until 11/18/05. (Dambrosio, Jolyne) (Entered: 09/28/2005) |
| 11/08/2005 | 94 | Response as to Richard Collado: (Hershfang, Rachel) (Entered: 11/08/2005) |
| 11/10/2005 | ◒ | Judge Judith G. Dein : Electronic ORDER entered regarding 91 Motion for Discovery as to Richard Collado (4). The Motion is moot in light of the agreement of the parties on all issues as defined in the Government's Response (Docket No. 94). (Dambrosio, Jolyne) (Entered: 11/10/2005) |
| 11/10/2005 | 95 | Letter (non-motion) regarding identity of person (DEA-6) as to Ronald J Cavaliere (Shea, Mark) (Entered: 11/10/2005) |
| 11/10/2005 | 96 | Letter (non-motion) regarding Discovery as to Ronald J. Cavaliere (Shea, Mark) (Entered: 11/10/2005) |
| 11/14/2005 | 97 | Letter (non-motion) regarding first discovery request as to Ronald J. Cavaliere (Hershfang, Rachel) (Entered: 11/14/2005) |
| 11/18/2005 | 98 | Letter (non-motion) regarding discovery as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Hershfang, Rachel (Entered: 11/18/2005) |
| 11/18/2005 | ◒ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on 11/18/2005: AUSA Hershfang and Attorneys Sussman, Stern and Shea report discovery is complete; dispositive motions due 1/9/06; USMJ Dein will issue report and return file to district court. (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/21/2005) |
| 11/18/2005 | 99 | Judge Judith G. Dein : ORDER entered. Final STATUS REPORT as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Quinn, Thomas) (Entered: 11/21/2005) |
| 11/18/2005 | 100 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado Time excluded from 11/18/05 until 1/9/06. (Quinn, Thomas) (Entered: 11/21/2005) |

| 11/18/2005 | ○ | Judge update in case as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado. Judge Judith G. Dein no longer assigned to case. (Quinn, Thomas) (Entered: 11/21/2005) |
|---|---|---|
| 12/05/2005 | ○ | ELECTRONIC NOTICE OF STATUS CONFERENCE Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado. Status Conference set for 12/20/2005 02:15 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 12/05/2005) |
| 12/19/2005 | 101 | MOTION to Dismiss *on Grounds of Duplicity* as to Michael S. Griffin. (Stern, Max) (Entered: 12/19/2005) |
| 12/19/2005 | 102 | MOTION to Sever as to Michael S. Griffin. (Stern, Max) (Entered: 12/19/2005) |
| 12/19/2005 | 103 | MEMORANDUM in Support by Michael S. Griffin re 101 MOTION to Dismiss *on Grounds of Duplicity*, 102 MOTION to Sever (Attachments: # 1 Exhibit A -- Grand Jury Exhibits# 2 Exhibit B -- Original Indictment) (Stern, Max) (Entered: 12/19/2005) |
| 12/20/2005 | ○ | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner :Status Conference as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on 12/20/2005... ORDERED: gvt shall file response in opposition on or before 2/23/06; Evidentiary Hearing on all pending motions set for 3/8/2006 and 3/9/06 03:00-5:00PM in Courtroom 2 before Judge Nancy Gertner. Order of excludable to be filed forthwith. Pretrial set for 11/15/06 at 2:30pm; Jury Trial set 12/4/06 at 9:00am (Court Reporter none.) (Molloy, Maryellen) (Entered: 12/21/2005) |
| 12/21/2005 | 104 | MOTION for Excludable Delay from 1/9/06 to 12/4/06 as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Colladoby USA. (Hershfang, Rachel) (Entered: 12/21/2005) |
| 12/21/2005 | ○ | Set/Reset Deadlines/Hearings as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado: Jury Trial set for 12/4/2006 09:00 AM; Pretrial Conference set for 11/15/2006 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 12/21/2005) |
| 01/06/2006 | 105 | Joint MOTION for Extension of Time to January 17, 2006 to File Dispositive Motions as to Michael S. Griffin, Ronald J. Cavaliere, Richard Colladoby Michael S. Griffin. (Stern, Max) (Entered: 01/06/2006) |
| 01/17/2006 | 106 | MOTION to Suppress *Evidence* as to Michael S. Griffin. (Stern, Max) (Entered: 01/17/2006) |
| 01/17/2006 | 107 | MEMORANDUM in Support by Michael S. Griffin re 106 MOTION to Suppress *Evidence* (Attachments: # 1 Exhibit A)(Stern, Max) (Entered: 01/17/2006) |
| 01/17/2006 | 108 | AFFIDAVIT in Support of Michael S. Griffin; by Michael S. Griffin re 106 MOTION to Suppress *Evidence* (Stern, Max) (Entered: 01/17/2006) |

| 01/17/2006 | ●109 | Assented to MOTION for Extension of Time to January 18, 2006 to File Motion to Suppress as to Ronald J. Cavaliere. (Shea, Mark) (Entered: 01/17/2006) |
|---|---|---|
| 01/18/2006 | ●110 | MOTION to Suppress *Evidence Seized With a Search Warrant* as to Ronald J. Cavaliere. (Attachments: # 1 Exhibit Search Warrant# 2 Exhibit Search Warrant Return)(Shea. Mark) Additional attachment(s) added on 2/6/2006 (Filo, Jennifer). (Entered: 01/18/2006) |
| 01/18/2006 | ●111 | MEMORANDUM in Support by Ronald J. Cavaliere re 110 MOTION to Suppress *Evidence Seized With a Search Warrant* (Shea, Mark) (Entered: 01/18/2006) |
| 02/23/2006 | ●112 | Opposition by USA as to Michael S. Griffin re 101 MOTION to Dismiss *on Grounds of Duplicity*, 102 MOTION to Sever (Hershfang, Rachel) (Entered: 02/23/2006) |
| 02/23/2006 | ●113 | Opposition by USA as to Michael S. Griffin re 106 MOTION to Suppress *Evidence* (Attachments: # 1 Exhibit Exhibit 1)(Hershfang, Rachel) (Entered: 02/23/2006) |
| 02/23/2006 | ●114 | SEALED MOTION to Seal Exhibits 1,2,3 and 4 to Opposition to Motion to Dismiss or, in the alternative. to Sever as to Michael S. Griffinby USA. (Exhibits 1-4 attached)(Filo. Jennifer) (Entered: 02/23/2006) |
| 02/23/2006 | ●115 | MOTION for Leave to File Excess Pages *in Response to Motion to Suppress* as to Ronald J. Cavaliereby USA. (Hershfang, Rachel) (Entered: 02/23/2006) |
| 02/23/2006 | ●116 | Opposition by USA as to Ronald J. Cavaliere re 110 MOTION to Suppress *Evidence Seized With a Search Warrant* (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4)(Hershfang, Rachel) (Entered: 02/23/2006) |
| 03/07/2006 | ●117 | Writ of Habeas Corpus ad Testificandum Issued as to R.Cavaliere in case as to Ronald J. Cavaliere (Molloy, Maryellen) (Entered: 03/07/2006) |
| 03/07/2006 | ●118 | NOTICE *of Intent to Cross-Examine or, in the Alternative, to Move to Strike* by USA as to Michael S. Griffin (Hershfang, Rachel) (Entered: 03/07/2006) |
| 03/07/2006 | ●119 | MOTION to Correct 112 Opposition to Motion filed by USA, as to Michael S. Griffinby USA. (Hershfang, Rachel) (Entered: 03/07/2006) |
| 03/08/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Evidentiary Hearing as to Michael S. Griffin held on 3/8/06. Gv calls Det Thomas Kennedy-Alexandria Police Dept., gvt exh's 1.1a,2 & admitted; evidentiary hearing suspended until further notice. Counsel shall contact clerk for new date. Hearing on (state custody-Norfolk) Ronald J. Cavaliere suspended until counsel has a chance to file an affidavit; Atty Shea shall file an Affidavit and any other necessary documents on or before 3/24/06; gvt's response 4/7/06, court adjourned. (Court Reporter O'hara.) (Molloy, Maryellen) (Entered: 03/09/2006) |

| 03/24/2006 | ❏120 | TRANSCRIPT of Evidentiary Hearing as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on March 8, 2006 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/24/2006) |
|---|---|---|
| 03/24/2006 | 121 | Assented to MOTION for Extension of Time to 3/28/06 to File Supplemental Memorandum in Support of Motion to Suppress as to Ronald J. Cavaliere. (Shea, Mark) (Entered: 03/24/2006) |
| 03/27/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Evidentiary Hearing DAY 2 as to Michael S. Griffin held on 3/27/2006; Gvt rests; defense call 1st witness Mrs. Griffin-sworn; Dft Michael Griffin-sworn; defense moves in exh #4; all matters taken under advisement, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 03/27/2006) |
| 03/27/2006 | ❏ | Judge Nancy Gertner: Electronic ORDER entered granting 121 Assented to Motion for Extension of Time to File Memorandum as to Ronald J. Cavaliere (2). (Filo, Jennifer) (Entered: 03/27/2006) |
| 03/31/2006 | ❏122 | TRANSCRIPT of Suppression Hearing Day Two as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado hel on March 27, 2006 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter ɛ 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/31/2006) |
| 05/17/2006 | 123 | Judge Nancy Gertner: MEMORANDUM AND ORDER RE: MOTION TO SUPPRESS as to Michael S. Griffin. (Filo, Jennifer) (Entered: 05/17/2006) |
| 05/18/2006 | 124 | Judge Nancy Gertner : AMENDED MEMORANDUM and ORDER RE MOTION TO SUPPRESS as to Michael S. Griffin entered. (Filo, Jennifer) (Entered: 05/18/2006) |
| 08/04/2006 | 125 | Assented to MOTION to Modify Conditions of Release as to Richard Collado. (Budreau, James) (Entered: 08/04/2006) |
| 08/04/2006 | ❏126 | NOTICE *Certificate of Electronic Service* by Richard Collado re 125 Assented to MOTION to Modify Conditions of Release (Budreau, Jame (Entered: 08/04/2006) |
| 08/09/2006 | ❏ | Judge Nancy Gertner : Electronic ORDER entered granting 125 ASSENTED TO Motion to Modify Conditions of Release as to Richard Collado (4) (Filo, Jennifer) (Entered: 08/09/2006) |
| 10/02/2006 | ❏127 | Judge Nancy Gertner : Electronic ORDER entered denying 101 Motion to Dismiss as to Michael S. Griffin (1). (Gertner, Nancy) Modified on 10/4/2006 to note that docket number was assigned in error, no image attached, electronic order (Filo, Jennifer). (Entered: 10/02/2006) |