| | | |
|---|---|---|
| 10/02/2006 | | Judge Nancy Gertner : Electronic ORDER entered denying 102 Motion to Sever as to Michael S. Griffin (1); granting 104 Motion to Exclude as to Michael S. Griffin (1); granting 105 Motion for Extension of Time to File as to Michael S. Griffin (1); granting 114 Motion to Seal as to Michael S. Griffin (1); granting 119 Motion to Correct as to Michael S. Griffin (1) (Gertner, Nancy) (Entered: 10/02/2006) |
| 10/03/2006 | 128 | Application for Writ of Habeas Corpus ad Testificandum *to Rodney Mirabal* by Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Attachments: # 1 Text of Proposed Order) (Hershfang, Rachel) (Entered: 10/03/2006) |
| 10/03/2006 | 129 | Application for Writ of Habeas Corpus ad Testificandum *to Frank Fister* by Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Attachments: # 1 Text of Proposed Order)(Hershfang, Rachel) (Entered: 10/03/2006) |
| 10/03/2006 | 130 | Application for Writ of Habeas Corpus ad Testificandum *to Rodney Mirabal* by Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Attachments: # 1 Text of Proposed Order) (Hershfang, Rachel) (Entered: 10/03/2006) |
| 10/03/2006 | 131 | NOTICE OF ATTORNEY APPEARANCE: Kenneth M. Resnik appearing for Michael S. Griffin (Resnik, Kenneth) Additional attachment(s) added on 10/10/2006 (Filo, Jennifer). (Entered: 10/03/2006) |
| 10/05/2006 | | Judge Nancy Gertner : Electronic ORDER entered Granting 104 Motion to Exclude as to Ronald J. Cavaliere (2), William David Veney (3), Richard Collado (4); granting in part and denying in part 105 Motion for Extension of Time to File as to Ronald J. Cavaliere (2); granting 109 Motion for Extension of Time to File as to Ronald J. Cavaliere (2); granting 115 Motion for Leave to File Excess Pages as to Ronald J. Cavaliere (2); granting 105 Motion for Extension of Time to File as to Richard Collado (4)....ALLOWED RETROACTIVELY. by the court. (Molloy, Maryellen) (Entered: 10/05/2006) |
| 10/10/2006 | 132 | Writ of Habeas Corpus ad Testificandum Issued as to Frank Fister for 12/4/2006 at 9:00 AM in case as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado. (Filo, Jennifer) (Entered: 10/10/2006) |
| 10/10/2006 | 133 | Writ of Habeas Corpus ad Testificandum Issued as to Ruben Lawrence Mirabal for 12/4/2006 at 9:00 AM in case as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado. (Filo, Jennifer) (Entered: 10/10/2006) |
| 10/10/2006 | 134 | Writ of Habeas Corpus ad Testificandum Issued as to Rodney James Mirabal for 12/4/2006 at 9:00 AM in case as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Filo, Jennifer) (Entered: 10/10/2006) |
| 10/26/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Michael S. Griffin, |

| | | |
|---|---|---|
| | | Ronald J. Cavaliere, William David Veney, Richard Collado Pretrial Conference RESET FROM 11/15/06 TO 11/16/2006 11:00 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered 10/26/2006) |
| 10/30/2006 | 135 | NOTICE OF ATTORNEY APPEARANCE Nathaniel R. Mendell appearing for USA. (Mendell, Nathaniel) (Entered: 10/30/2006) |
| 11/16/2006 | | Judge Nancy Gertner : Electronic ORDER entered waiving 110 Motion to Suppress as to Ronald J. Cavaliere (2) (Filo, Jennifer) (Entered: 11/16/2006) |
| 11/16/2006 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner:Pretrial Conference as to Michael S. Griffin, Ronald J. Cavaliere William David Veney, Richard Collado held on 11/16/2006; Hershfang for the govt.; Resnik for deft. Griffin, Shea for deft. Cavaliere, Sussman for deft. Veney and Budreau for deft. Collado; The parties waive speedy trial issues; The govt. anticipates a six week trial as to deft. Griffin. Veney and Collado; Deft. Cavaliere will enter a plea; Jury Trial is set for 1/22/2007 09:00 AM in Courtroom 2 before Judge Nancy Gertner; Change of Plea hearing is scheduled as to deft. Ronald Cavaliere on 1/5/2007 at 2:30 PM. (Filo, Jennifer) (Entered: 11/20/2006) |
| 11/21/2006 | | ELECTRONIC NOTICE OF PLEA HEARING as to Ronald J. Cavaliere Change of Plea Hearing set for 1/5/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner....The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Courts entry of a guilty plea. It is ORDERED that a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea, shall be submitted to the Court by no later than 12:00 Noon the day before the scheduled Rule 11 hearing. (Molloy, Maryellen) (Entered: 11/21/2006) |
| 12/21/2006 | 136 | Assented to MOTION to Continue to Change of Plea Hearing as to Ronald J. Cavaliere. (Attachments: # 1 Affidavit Affidavit of Counsel) (Shea, Mark) (Entered: 12/21/2006) |
| 12/28/2006 | | Judge Nancy Gertner : Electronic ORDER entered Granting 136 Motion to Continue as to Ronald J. Cavaliere (2) Change of Plea Hearing reset to 1/9/2007 09:00 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 12/28/2006) |
| 01/04/2007 | 137 | Letter (non-motion) regarding Demand for Written Notice of Intent to Offer Defense of Alibi as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Mendell, Nathaniel) (Entered: 01/04/2007) |
| 01/06/2007 | 138 | Letter (non-motion) regarding Ronald Cavaliere Rule 11 Hearing as to Ronald J. Cavaliere (Hershfang, Rachel) (Entered: 01/06/2007) |

| | | |
|---|---|---|
| 01/09/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner : Dft Sworn; NO PLEA AGREEMENT;Change of Plea Hearing as to Ronald J. Cavaliere held on 1/9/2007. Plea entered by Ronald J. Cavaliere (2) Guilty Count 1s. Sentencing set for 4/10/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (forfeiture issues)(Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 01/09/2007) |
| 01/09/2007 | 139 | Judge Nancy Gertner : ORDER entered. AMD PROCEDURAL ORDER (booker) re sentencing hearing as to Ronald J. Cavaliere: Sentencing set for 4/10/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 01/09/2007) |
| 01/09/2007 | 140 | EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado. (Filo, Jennifer) (Entered: 01/11/2007) |
| 01/09/2007 | 141 | EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado. (Filo, Jennifer) (Entered: 01/11/2007) |
| 01/09/2007 | 142 | EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado. (Filo, Jennifer) (Entered: 01/11/2007) |
| 01/09/2007 | 143 | EX PARTE APPLICATION for Issuance of Summons as to Richard Collado. (Filo, Jennifer) (Entered: 01/11/2007) |
| 01/09/2007 | 144 | EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado. (Filo, Jennifer) (Entered: 01/11/2007) |
| 01/10/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 140 EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado (4); granting 141 EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado (4); granting 142 EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado (4); granting 143 EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado (4); granting 144 EX PARTE APPLICATION for Issuance of Subpoena as to Richard Collado (4) (Filo, Jennifer) (Entered: 01/11/2007) |
| 01/16/2007 | 145 | MOTION in Limine *to Admit Testimony about Acts Before January 2000* as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Colladoby USA. (Hershfang, Rachel) (Entered: 01/16/2007) |
| 01/16/2007 | 146 | MOTION for Protective Order *Regarding Alibi Defense Information* as to Michael S. Griffin. (Stern, Max) (Entered: 01/16/2007) |
| 01/16/2007 | 147 | INCORRECT FILING. PLEASE SEE DOCKET ENTRY 148 FOR MEMORANDUM in Support by Michael S. Griffin re 146 MOTION for Protective Order *Regarding Alibi Defense Information* (Attachments: # 1 Affidavit of Kenneth M. Resnik# 2 Exhibit 2)(Stern, Max) Modified on 1/17/2007 (Filo, Jennifer). (Entered: 01/16/2007) |
| 01/16/2007 | 148 | MEMORANDUM in Support by Michael S. Griffin re 146 MOTION for Protective Order *Regarding Alibi Defense Information* (Attachments: # 1 Affidavit of Kenneth M. Resnik# 2 Exhibit 2)(Stern, Max) (Entered: 01/16/2007) |

| | | |
|---|---|---|
| 01/17/2007 | | ELECTRONIC NOTICE OF PTC as to Michael S. Griffin, William David Veney, Richard Collado: Pretrial Conference set for 1/23/2007 11:00 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 01/17/2007) |
| 01/17/2007 | 149 | MOTION in Limine *to Admit Evidence of Defendants' Drug Use and Purchases* as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Colladoby USA. (Hershfang, Rachel) (Entered: 01/17/2007) |
| 01/18/2007 | 150 | Notice issued to Attorney Lillian M. Hirales regarding mandatory use of ECF in compliance with Local Rule 5.4 as to Michael S. Griffin. Failure to comply may result in the imposition of sanctions. (Filo, Jennifer) (Entered: 01/18/2007) |
| 01/18/2007 | 151 | NOTICE of Withdrawal of Appearance of Attorney Lillian Hirales as to Michael S. Griffin (Resnik, Kenneth) (Entered: 01/18/2007) |
| 01/18/2007 | 152 | MOTION for Bill of Particulars as to Michael S. Griffin. (Resnik, Kenneth) (Entered: 01/18/2007) |
| 01/19/2007 | | Attorney update in case as to Michael S. Griffin. Attorney Lillian M. Hirales terminated. (Filo, Jennifer) (Entered: 01/19/2007) |
| 01/19/2007 | 153 | Letter (non-motion) regarding Second Demand for Written Notice of Intent to Offer Defense of Alibi as to Michael S. Griffin, William David Veney, Richard Collado (Mendell, Nathaniel) (Entered: 01/19/2007) |
| 01/21/2007 | 154 | RESPONSE to Motion by USA as to Michael S. Griffin re 146 MOTION for Protective Order *Regarding Alibi Defense Information* (Mendell, Nathaniel) (Entered: 01/21/2007) |
| 01/22/2007 | | Set/Reset Hearings as to Michael S. Griffin, William David Veney, Richard Collado: Jury Trial set for 1/29/2007 at 9:00 AM in Courtroom 2 before Judge Nancy Gertner. (Filo, Jennifer) (Entered: 01/22/2007) |
| 01/22/2007 | 155 | Second MOTION to Modify Conditions of Release as to William David Veney. (Sussman, Steven) (Entered: 01/22/2007) |
| 01/22/2007 | 156 | EXHIBIT/WITNESS LIST by USA as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Hershfang, Rachel) (Entered: 01/22/2007) |
| 01/22/2007 | 157 | Second MOTION to Sever as to Michael S. Griffin. (Resnik, Kenneth) (Entered: 01/22/2007) |
| 01/22/2007 | 158 | MEMORANDUM in Support by Michael S. Griffin re 157 Second MOTION to Sever (Resnik, Kenneth) (Entered: 01/22/2007) |
| 01/22/2007 | 159 | Opposition by Michael S. Griffin re 149 MOTION in Limine *to Admit Evidence of Defendants' Drug Use and Purchases* (Resnik, Kenneth) (Entered: 01/22/2007) |
| 01/22/2007 | 160 | RESPONSE to Motion by USA as to Michael S. Griffin re 152 MOTION for Bill of Particulars (Mendell, Nathaniel) (Entered: 01/22/2007) |

| | | |
|---|---|---|
| 01/22/2007 | 161 | EXHIBIT/WITNESS LIST by USA as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Hershfang, Rachel) (Entered: 01/22/2007) |
| 01/22/2007 | 162 | MOTION to Sever as to William David Veney. (Sussman, Steven) (Entered: 01/22/2007) |
| 01/23/2007 | 163 | Second MOTION to Modify Conditions of Release as to William David Veney. (Sussman, Steven) (Entered: 01/23/2007) |
| 01/23/2007 | 164 | MOTION for Bill of Particulars as to Richard Collado. (Budreau, James) (Entered: 01/23/2007) |
| 01/23/2007 | 165 | MOTION in Limine #1 as to Richard Collado. (Budreau, James) (Entered: 01/23/2007) |
| 01/23/2007 | 166 | MOTION to Sever (To Join Veney's Motion) as to Richard Collado. (Budreau, James) (Entered: 01/23/2007) |
| 01/23/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 155 Motion to Modify Conditions of Release as to William David Veney (3); finding as moot 163 Motion to Modify Conditions of Release as to William David Veney (3) (Filo, Jennifer) (Entered: 01/23/2007) |
| 01/23/2007 | 167 | EXHIBIT/WITNESS LIST by Richard Collado (Budreau, James) (Entered: 01/23/2007) |
| 01/23/2007 | 168 | Opposition by USA as to Michael S. Griffin, William David Veney, Richard Collado re 166 MOTION to Sever (To Join Veney's Motion), 162 MOTION to Sever, 157 Second MOTION to Sever (Hershfang, Rachel) (Entered: 01/23/2007) |
| 01/23/2007 | 169 | Supplemental MEMORANDUM in Support by Michael S. Griffin re 157 Second MOTION to Sever (Resnik, Kenneth) (Entered: 01/23/2007) |
| 01/23/2007 | 170 | MOTION in Limine To Admit Co-Conspirators' Diaries, Ledger, And Calendar as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Colladoby USA. (Mendell, Nathaniel) (Entered: 01/23/2007) |
| 01/23/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Pretrial Conference as to Michael S. Griffin, William David Veney, Richard Collado held on 1/23/2007. Hearing on pending motions set for 1/26/2007 09:30 AM in Courtroom 2 before Judge Nancy Gertner. Jury Selection set for 1/29/07 at 9:00am.(Court Reporter none.) (Molloy, Maryellen) (Entered: 01/24/2007) |
| 01/23/2007 | 174 | SEALED MOTION as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Colladoby USA. (Filo, Jennifer) (Entered: 01/25/2007) |
| 01/23/2007 | 175 | Sealed Document by the USA filed. (Filo, Jennifer) (Entered: 01/25/2007) |
| 01/23/2007 | 176 | Sealed Document by USA filed. (Filo, Jennifer) (Entered: 01/25/2007) |

| | | |
|---|---|---|
| 01/24/2007 | 171 | EXHIBIT/WITNESS LIST by Richard Collado (Budreau, James) (Entered: 01/24/2007) |
| 01/24/2007 | 172 | EXHIBIT/WITNESS LIST by Richard Collado (Budreau, James) (Entered: 01/24/2007) |
| 01/24/2007 | 173 | MOTION in Limine *to Admit Excited Utterances* as to Michael S. Griffin by USA. (Hershfang, Rachel) (Entered: 01/24/2007) |
| 01/24/2007 | 177 | ASSENTED TO SEALED MOTION for a Protective Order as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado by USA. (Filo, Jennifer) (Entered: 01/25/2007) |
| 01/25/2007 | 178 | Opposition by Michael S. Griffin re 170 MOTION in Limine *To Admit Co-Conspirators' Diaries, Ledger, And Calendar* (Resnik, Kenneth) (Entered: 01/25/2007) |
| 01/25/2007 | 179 | Opposition by Michael S. Griffin re 173 MOTION in Limine *to Admit Excited Utterances* (Resnik, Kenneth) (Entered: 01/25/2007) |
| 01/25/2007 | 180 | Opposition by Richard Collado re 145 MOTION in Limine, 149 MOTION in Limine (Budreau, James) (Entered: 01/25/2007) |
| 01/25/2007 | 181 | Opposition by Richard Collado re 170 MOTION in Limine *To Admit Drug Ledgers* (Budreau, James) (Entered: 01/25/2007) |
| 01/25/2007 | 182 | MOTION in Limine *to Join Co-Defendants' Opposition* as to William David Veney. (Sussman, Steven) (Entered: 01/25/2007) |
| 01/25/2007 | 183 | EXHIBIT/WITNESS LIST by William David Veney (Sussman, Steven) (Entered: 01/25/2007) |
| 01/26/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Hearing on all pending issues as to Michael S. Griffin, William David Veney, Richard Collado held on 1/26/2007...Mtn to Sever-Denied in open court, all matters taken under advisement. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/01/2007) |
| 01/27/2007 | 184 | EXHIBIT/WITNESS LIST by USA as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Hershfang, Rachel) (Entered: 01/27/2007) |
| 01/28/2007 | 185 | EXHIBIT/WITNESS LIST by USA as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Hershfang, Rachel) (Entered: 01/28/2007) |
| 01/29/2007 | 186 | EXHIBIT/WITNESS LIST by Michael S. Griffin (Resnik, Kenneth) (Entered: 01/29/2007) |
| 01/29/2007 | 187 | Sealed Document filed by USA. (Filo, Jennifer) (Entered: 01/29/2007) |
| 01/29/2007 | 188 | Sealed Document filed by USA. (Filo, Jennifer) (Entered: 01/29/2007) |
| 01/29/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Voir Dire begins, potential Juror's sworn.Jury Selection as to |

| | | |
|---|---|---|
| | | Michael S. Griffin, William David Veney, Richard Collado held on 1/29/2007. Jury Selection continue to 1/30/07, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/01/2007) |
| 01/30/2007 | 189 | US Marshal Process Receipt and Return for Subpoena. Keeper of Records FCI Englewood served on 1/23/2007 (Filo, Jennifer) (Entered: 01/31/2007) |
| 01/30/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Selection DAY 2 as to Michael S. Griffin, William David Veney, Richard Collado held on 1/30/2007. Voir Dire continues, potential Juror's excused, challenges to begin tomorrow at 11:00am, cou adjourned. (Court Reporter O'hara.) (Molloy, Maryellen) (Entered: 02/01/2007) |
| 01/31/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 3 (WED) as to Michael S. Griffin, William David Veney, Richard Collado held on 1/31/2007. Jury Challenges begin 16 Juror's selected. Openings and Evidence to begin on Monday 2/5/07 a 9:00am, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/01/2007) |
| 02/01/2007 | 190 | TRANSCRIPT of Motion Hearing as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on January 26, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/01/2007) |
| 02/01/2007 | | Judge Nancy Gertner : Electronic ORDER entered denying 157 Motion to Sever as to Michael S. Griffin (1) (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | | Judge Nancy Gertner : Electronic ORDER entered denying 162 Motion to Sever as to William David Veney (3); denying 166 Motion to Sever as to Richard Collado (4). (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | | Judge Nancy Gertner : Electronic ORDER entered denying 146 Motion for Protective Order as to Michael S. Griffin (1); denying 152 Motion for Bill of Particulars as to Michael S. Griffin (1); denying 164 Motion for Bill of Particulars as to Richard Collado (4) (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | | Judge Nancy Gertner : Electronic ORDER entered reserving ruling on 173 Motion in Limine as to Michael S. Griffin (1). (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 149 Motion in Limine as to Michael S. Griffin (1), William David Veney (3), Richard Collado (4): While this evidence comprises "prior bad acts" as that is understood under Rule 404, it is admissible in this case for the following reasons. In the case of Mr. Griffin, the defense will be that he did not know that illegal drugs were in his trucks. The government has a right to |

| | | |
|---|---|---|
| | | offer evidence that, in the context of the relationship between Mr. Griffin and Mr. Fister, who engaged the trucks, it was likely that Mr. Griffin fully understood that Fister was in the drug business not the furniture business. In the case of Mssrs. Collado and Veney, the prior bad acts include not simply taking drugs (supplied by Fister) but also prior drug transportation. As such, it is also admissible to explain why Fister selected them to participate in the transportation of the drugs rather than some other individual. The prejudice is outweighed by the probative value in this case; moreover, any prejudice was also addressed in connection with the jury voir dire during which potential jurors were asked whether recreational use of drugs necessarily meant drug distribution. This order is without prejudice to the defendants objecting to specific transactions on grounds other than 404(b). (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | 🔵 | Judge Nancy Gertner : Electronic ORDER entered granting 145 Motion in Limine to Admit Testimony About Acts before January 2000 as to Michael S. Griffin (1), William David Veney (3), Richard Collado (4): The sole charge in this case is a conspiracy charge. The government is permitted to introduce evidence "on or about" the dates of the conspiracy in question. I will allow pre-2000 evidence so long as it is not too far in time from the incidents alleged in the indictment, and as such, relevant to the charge, and not cumulative. (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | 🔵 | Judge Nancy Gertner : Electronic ORDER entered DE BENEgranting 170 Motion in Limine to Admit Evidence of Defendants' Drug Use and Purchases as to Michael S. Griffin (1), William David Veney (3), Richard Collado (4): The evidence, according to the Government's proffer, will meet the requirements of a business record, under 803 (6), and as such would be admissible against the individual who generated the record, namely Frank Fister. Whether it is also admissible against the defendants depends upon whether the Government also proves the existence of a conspiracy of which these defendants were a part. (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | 🔵 | Judge Nancy Gertner : Electronic ORDER entered finding as moot 145 Motion in Limine as to Ronald J. Cavaliere (2); finding as moot 149 Motion in Limine as to Ronald J. Cavaliere (2); finding as moot 170 Motion in Limine as to Ronald J. Cavaliere (2); finding as moot [174] Sealed Motion as to Ronald J. Cavaliere (2); finding as moot [177] Sealed Motion as to Ronald J. Cavaliere (2); granting 182 Motion in Limine as to William David Veney (3) (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | 🔵 | Judge Nancy Gertner : Electronic ORDER entered granting 165 Motion in Limine to Certain Hearsay Evidence of Prior Drug Sales as to Richard Collado (4). This motion is granted if the evidence is presented in the form described in defendant's motion, namely multiple layers of hearsay. (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | 🔵 | Judge Nancy Gertner : Electronic ORDER entered granting [174] Sealed Motion as to Michael S. Griffin (1). (Gertner, Nancy) (Entered: |

| | | |
|---|---|---|
| | | 02/01/2007) |
| 02/01/2007 | 🌀 | Judge Nancy Gertner : Electronic ORDER entered granting [177] Sealed Motion as to Michael S. Griffin (1) (Gertner, Nancy) (Entered: 02/01/2007) |
| 02/01/2007 | 208 | US Marshal Process Receipt and Return for Criminal Subpeona. Keeper of the Records-FCI Englewood served on 1/24/2007(Filo, Jennifer) (Entered: 02/23/2007) |
| 02/03/2007 | 191 | EXHIBIT/WITNESS LIST by USA as to Michael S. Griffin, William David Veney, Richard Collado (Hershfang, Rachel) (Entered: 02/03/2007) |
| 02/04/2007 | 192 | EXHIBIT/WITNESS LIST by Michael S. Griffin (Resnik, Kenneth) (Entered: 02/04/2007) |
| 02/04/2007 | 193 | MOTION in Limine *for an Order Directing the Government Not to Argue That a Defense Shared by the Three Defendants is Unbelievable* as to Michael S. Griffin. (Resnik, Kenneth) (Entered: 02/04/2007) |
| 02/04/2007 | 194 | MOTION in Limine *to Exclude as Exhibits the Government's Summary Charts* as to Michael S. Griffin. (Resnik, Kenneth) (Entered: 02/04/2007) |
| 02/05/2007 | 🌀 | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner:Jury Trial DAY 4 (MON) as to Michael S. Griffin, William David Veney and Richard Collado held on 2/5/2007. Jury of 16 present and sworn; Openings and Evidence begins; Gvt calls 1st Witness G-1 State Trooper T. Babbin-sworn; jury excused, court adjourned until Tues 2/6/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/05/2007) |
| 02/05/2007 | 195 | EXHIBIT/WITNESS LIST by Michael S. Griffin (Resnik, Kenneth) (Entered: 02/05/2007) |
| 02/05/2007 | 209 | SEALED THIRD REVISED EXHIBIT LIST by USA as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado (Filo, Jennifer) (Entered: 02/23/2007) |
| 02/06/2007 | 196 | EXHIBIT/WITNESS LIST by Michael S. Griffin (Resnik, Kenneth) (Entered: 02/06/2007) |
| 02/06/2007 | 197 | EXHIBIT/WITNESS LIST by Michael S. Griffin (Resnik, Kenneth) (Entered: 02/06/2007) |
| 02/06/2007 | 🌀 | Judge Nancy Gertner : Electronic ORDER entered. as to Michael S. Griffin, William David Veney, Richard Collado: WITH RESPECT TO THE TIME LINE: During trial today, an issue was raised by defendant Griffin with respect to a certain "time line" referred to in a DE 6 Report. The Report involved the debriefing of the Government's main witness, Frank Fister. It refers to a "time line," which Fister may have adopted during the debriefing (hereinafter "TIME LINE I"). During discovery, defendant demanded TIME LINE I. The government produced a document apparently responsive to that demand. During the cross |

| | | |
|---|---|---|
| | | examination of case agent Babbin, the government represented that the document it had turned over was not in fact TIME LINE I, but rather a different one (hereinafter "TIME LINE II"), apparently generated at a later point in the investigation. The defense had suggested in its opening that the government's current version of the time line (hereinafter "TIME LINE III"), with which Trooper Babbin's testimony was concerned, reflects dates which are inconsistent with the government's earlier version of the events. Accordingly, I ORDERED the government to produce TIME LINE I. Further consideration of these issues suggests the following: The failure to produce TIME LINE I raises the same kinds of concerns highlighted in U.S. v. Mannorino, 850 F. Supp. 57 (D. Mass. 1994). Accordingly, the government is ORDERED to answer the following questions (in addition to producing TIME LINE I) NO LATER THAN FEBRUARY 8, 2007: a) What were the circumstances under which TIME LINE I was generated; b) did Fister adopt TIME LINE I no matter how it was generated; c) does TIME LINE I qualify as a Jencks Act statement; d) alternatively, does TIME LINE I qualify as exculpatory evidence under Rule 116.2 of the Local Rules; e) does TIME LINE I exist; f) what remedy should the court impose if it no longer exists, or the government discloses it now, after the trial has begun. (Gertner, Nancy) (Entered: 02/06/2007) |
| 02/06/2007 | | Judge Nancy Gertner : Electronic ORDER entered. as to Michael S. Griffin, William David Veney, Richard Collado: WITH RESPECT TO DEFENDANTS' RECIPROCAL DISCOVERY OBLIGATIONS: Defendants are required to turn over documents within their possession or control which meet the description of Fed. R. Crim. Pro. 16(b)(1). They are ORDERED TO DO SO BY FEBRUARY 8, 2007. Defendants are not required to turn over material described in Fed. R. Crim. Pro. 16(b)(2), a category which includes "a statement made to the defendant, or the defendant's attorney or agency, by...ii) a government or defense witness, or iii) a prospective government or defense witness. (Gertner, Nancy) (Entered: 02/06/2007) |
| 02/06/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 5 (TUES) as to Michael S. Griffin, William David Veney, Richard Collado held on 2/6/2007. G-1 Trooper Babbin testimony resumes, witness excused, court adjourned until Wed 2/7/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/07/2007) |
| 02/06/2007 | 210 | STIPULATION of the Parties as to Drug Exhibit as to Michael S. Griffin, William David Veney and Richard Collado filed in open court. (Filo, Jennifer) (Entered: 02/23/2007) |
| 02/07/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 6(WED) as to Michael S. Griffin, William David Veney. Richard Collado held on 2/7/2007. G-2 Frank Fister-sworn, court adjourned until 2/8/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/07/2007) |
| 02/08/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 7 (THURS) as to Michael S. Griffin, William |

| | | |
|---|---|---|
| | | David Veney, Richard Collado held on 2/8/2007. G-2 Frank Fister testimony resumes. court adjourned until Monday 2/12/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/08/2007) |
| 02/12/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial (DAY 8) MON as to Michael S. Griffin, William David Veney, Richard Collado held on 2/12/2007. Testimony of Frank Fista resumes, court adjourned until tues 2/13 at 9:00am. (Court Reporte O'Hara.) (Molloy, Maryellen) (Entered: 02/12/2007) |
| 02/12/2007 | 198 | EXHIBIT/WITNESS LIST (Redacted for Public Docket) by USA as to Michael S. Griffin, William David Veney, Richard Collado (Hershfang, Rachel) Modified on 2/13/2007 to indicate a redacted version (Filo, Jennifer). (Entered: 02/12/2007) |
| 02/13/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 9 (TUES) as to Michael S. Griffin, William David Veney, Richard Collado held on 2/13/2007. G-2 Frank Fista testimony resumes. jury excused, court adjourned. 1:00PM Voir Dire hearing re: testimony of Detective Kennedy, gvt exh A admitted-(copy o emails). hearing adjourned. (exh A returned to gvt) (Court Reporter O"Hara.) (Molloy, Maryellen) (Entered: 02/14/2007) |
| 02/13/2007 | 211 | SEALED FOURTH REVISED EXHIBIT LIST by USA as to Michael S Griffin, William David Veney, Richard Collado (Filo, Jennifer) (Entered 02/23/2007) |
| 02/14/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 10 (WED) as to Michael S. Griffin, William David Veney, Richard Collado held on 2/14/2007. G-2 Frank Fista testimony resumes; G-3 Leslie Chasse, court adjourned until Thursday 2/15/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/15/2007) |
| 02/14/2007 | 212 | US Marshal Process Receipt and Return for criminal subpoena. Keeper o the Records-FCI Seagoville served on 1/19/2007 (Filo, Jennifer) (Entered: 02/23/2007) |
| 02/15/2007 | 199 | EXHIBIT/WITNESS LIST by Michael S. Griffin (Resnik, Kenneth) (Entered: 02/15/2007) |
| 02/15/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 11 (THURS) as to Michael S. Griffin, William David Veney, Richard Collado held on 2/15/2007. G-4 Ruben Mirabal; G-5 Rodney Mirabal, court adjourned until Tuesday 2/20/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/15/2007) |
| 02/16/2007 | 213 | US Marshal Process Receipt and Return for criminal subpoena. Keeper o the Records-FCI Fort Dix served on 1/29/2007 (Filo, Jennifer) (Entered: 02/23/2007) |
| 02/20/2007 | 200 | Proposed Jury Instructions by Richard Collado (Budreau, James) (Entered: 02/20/2007) |

| | | |
|---|---|---|
| 02/20/2007 | 201 | Proposed Jury Instructions by William David Veney (Sussman, Steven) (Entered: 02/20/2007) |
| 02/20/2007 | 202 | MOTION for transcripts at government expense as to William David Veney. (Sussman, Steven) (Entered: 02/20/2007) |
| 02/20/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 12 (TUES) as to Michael S. Griffin, William David Veney, Richard Collado held on 2/20/2007. G-5 Rodney Mirabal testimony resumes, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) Modified on 2/23/2007 (Molloy, Maryellen). (Entered: 02/21/2007) |
| 02/21/2007 | 203 | Proposed Jury Instructions by Michael S. Griffin (Resnik, Kenneth) (Entered: 02/21/2007) |
| 02/21/2007 | | Judge Nancy Gertner : Electronic ORDER entered Ganting 202 Motion for Transcript at Government Expense as to William David Veney (3). (Molloy, Maryellen) (Entered: 02/21/2007) |
| 02/21/2007 | 204 | Proposed Jury Instructions by USA as to Michael S. Griffin, William David Veney, Richard Collado (Hershfang, Rachel) (Entered: 02/21/2007) |
| 02/21/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 13 (WED) as to Michael S. Griffin, William David Veney, Richard Collado held on 2/21/2007....G-6 Det. Thomas B. Kennedy; GVT RESTS; DEFENSE CASE BEGINS D-7 Thomas Sorrells; D-8 Brian Flemming; D-9 Andrew Brooks; court adjourned until Friday 2/23/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/23/2007) |
| 02/22/2007 | 205 | Objection as to Michael S. Griffin: 204 Proposed Jury Instructions filed by USA,. (Resnik, Kenneth) (Entered: 02/22/2007) |
| 02/22/2007 | 206 | Proposed Jury Instructions by Michael S. Griffin (Resnik, Kenneth) (Entered: 02/22/2007) |
| 02/22/2007 | 207 | Response as to Michael S. Griffin: 205 Objection (unrelated to a motion) (Hershfang, Rachel) (Entered: 02/22/2007) |
| 02/23/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 14 (FRID) as to Michael S. Griffin, William David Veney, Richard Collado held on 2/23/2007....D-10 Christina Griffin; DEFENSE RESTS; jury excused for the day; Charge Conference held; Closings to begin on Monday 2/26/07. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/23/2007) |
| 02/23/2007 | 214 | Proposed Jury Instructions by USA as to Michael S. Griffin, William David Veney, Richard Collado (Hershfang, Rachel) (Entered: 02/23/2007) |
| 02/23/2007 | | Judge Nancy Gertner : Electronic ORDER entered. as to Michael S. Griffin, William David Veney, Richard Collado: I will not instruct on |

| | | |
|---|---|---|
| | | wilful blindness under the facts of this case: First, there is a substantial risk in general and in this case in particular that such an instruction will lower the standard for mens rea required to be proved in the instant case. All authorities recognize that wilful blindness occupies a middle ground between "actual knowledge" and "recklessness," that there is a risk such an instruction will permit the jury to convict based on mere suspicion of a fact, or a negligence standard ("a reasonable person would have known..."). Second, that risk is particularly high in a conspiracy case. The court is obliged to instruct that "mere presence" at relevant events is not sufficient, that the mere fact that the acts of the defendant happen to further purposes of the conspiracy does not make him a member of it. The jury will be asked to draw a very difficult line between "actual knowledge" and the inferences that they are not permitted to derive from "mere presence." Third, the Government does not need the instruction. It has both direct evidence of "actual knowledge," (the testimony of Frank Fister) and circumstantial evidence of "actual knowledge" (prior relationship with Fister, the number of trips, amount of money, cash, etc.). Fourth, the defendant is a professional mover. In the ordinary case, he has no obligation to look inside sealed boxes and has argued that he has the opposite obligation -- to refrain from looking. To be sure, the government argues with considerable support that this is not the ordinary case, but the facts on which it will make that argument are facts that it may argue to the jury -- as part of the proof of actual knowledge. If the jury believes Fister, the government will have its direct proof of knowledge. If the jury does not, the government has circumstantial proof of actual knowledge. A wilful blindness instruction will needlessly confuse the legal issues, run the risk of a conviction on a lesser standard of proof, and thus, error. (Entered: 02/23/2007) |
| 02/26/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 15 (MON) as to Michael S. Griffin, William David Veney & Richard Collado held on 2/26/2007. 9:45-4:00pm Closings; 4:15-5:00pm Jury Charged; 4 Alternates identified; Jury excused; Parties stipulate to all exhibits admitted, exhibits sent to jury room. Deliberations to begin tomorrow morning at 9:00am, alternates to be present, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/27/2007) |
| 02/27/2007 | 215 | Jury Instructions as to Michael S. Griffin, William David Veney, Richard Collado. (Filo, Jennifer) (Entered: 02/27/2007) |
| 02/27/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY DAY 16 (TUES) as to Michael S. Griffin, William David Veney & Richard Collado held on 2/27/2007. Jury Deliberations begin; 12 juror's present (4 alternates present) 4:30pm Jury excused until Friday 3/2/07, 4 alternates excused, but will be on call if needed, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 02/27/2007) |
| 02/27/2007 | 216 | MOTION for Supplemental Instruction Concerning Scope of the Conspiracy as to Michael S. Griffin filed in open court. (Filo, Jennifer) |

|   |   |   |
|---|---|---|
|   |   | (Entered: 03/02/2007) |
| 02/27/2007 | 🔍 | Judge Nancy Gertner : Electronic ORDER entered denying 216 Motion for Supplemental Instruction Concerning Scope of the Conspiracy as to Michael S. Griffin (1) (Filo, Jennifer) (Entered: 03/02/2007) |
| 03/02/2007 | 🔍 217 | Judge Nancy Gertner : Electronic ORDER entered. as to Michael S. Griffin, William David Veney, Richard Collado: The Court has directed that two of the four alternates to this jury be present in court on Monday morning in the event that their presence is needed pursuant to Rule 24(c)(3). (Gertner, Nancy) Modified on 3/13/2007. This is an electronic order no image attached (Filo, Jennifer). (Entered: 03/02/2007) |
| 03/02/2007 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 17 (FRID) as to Michael S. Griffin, William David Veney, Richard Collado held on 3/2/2007..Judge Zobel cover's deliberation for the morning; 12 Juror's present, deliberations begin; 2:00 Judge Gertner arrives; Jury Note #4 presented to the court; Judge addresses on the record in open court, (note: re: juror's notebooks); Juror #8 Notebook-Sealed until Monday; Jury excused until Monday 3/5/07 at 9:00am; court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 03/05/2007) |
| 03/05/2007 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Jury Trial DAY 18 (MON) as to Michael S. Griffin, William David Veney, Richard Collado held on 3/5/2007...12 Juror's and 2 Alternates present; Issues relating to Juror's notebooks addressed in open court; Deliberation Resume; Court gives Allen Charge at 1:10pm....Deliberations resume: Jury unable to Reach a Verdict; Court declares a Mis-Trial. Jury excused. Gvt notes that they will re-try this case, counsel shall contact clerk for new trial date. All Exhibits Returned to Counsel. Defendant's released on Same Conditions of Release, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 03/05/2007) |
| 03/07/2007 | 🔍 218 | Jury Questions/remarks (before and during deliberations) as to Michael S. Griffin, William David Veney, Richard Collado. (Filo, Jennifer) (Entered: 03/07/2007) |
| 03/07/2007 | 🔍 219 | Letter (non-motion) regarding post-verdict juror contact as to Michael S. Griffin, William David Veney, Richard Collado (Mendell, Nathaniel) (Entered: 03/07/2007) |
| 03/13/2007 | 🔍 220 | MOTION for Speedy Trial as to Michael S. Griffin, William David Veney, Richard Colladoby USA. (Hershfang, Rachel) (Entered: 03/13/2007) |
| 03/14/2007 | 🔍 | ELECTRONIC NOTICE OF HEARING as to Michael S. Griffin, William David Veney, Richard Collado. Jury Trial set for 9/24/2007 09:00 AM in Courtroom 2 before Judge Nancy Gertner. Pretrial Conference set for 9/6/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner. Counsel shall file an Order of Excludable Delay forthwith.(Molloy, Maryellen) (Entered: 03/14/2007) |

| | | |
|---|---|---|
| 03/15/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 220 Motion for Speedy Trial as to Michael S. Griffin (1), William David Veney (3), Richard Collado (4)..mtn allowed see electronic notice dated 3/14/07. (Molloy, Maryellen) (Entered: 03/15/2007) |
| 03/16/2007 | 223 | US Marshal Process Receipt and Return for Subpoena served at Keeper of the Records FCI Beaumont on 1/26/2007. (Filo, Jennifer) (Entered: 04/03/2007) |
| 03/22/2007 | 221 | MOTION to Continue *Trial for Six Weeks* as to Michael S. Griffin, William David Veney, Richard Colladoby USA. (Hershfang, Rachel) (Entered: 03/22/2007) |
| 03/23/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 221 Motion to Continue as to Michael S. Griffin (1), William David Veney (3), Richard Collado (4) Jury Trial reset to 10/29/2007 09:00 AM in Courtroom 2 before Judge Nancy Gertner. Pretrial Conference reset to 10/16/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 03/23/2007) |
| 03/29/2007 | 222 | MOTION for Forfeiture of Property as to Ronald J. Cavaliereby USA. (Attachments: # 1 Text of Proposed Order)(Barclay, Kristina) (Entered: 03/29/2007) |
| 04/05/2007 | 224 | Writ of Habeas Corpus ad Prosequendum Issued as to Ronald J. Cavaliere for 4/10/07. (Molloy, Maryellen) (Entered: 04/09/2007) |
| 04/10/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Status Conference as to Ronald J. Cavaliere held on 4/10/2007...counsel moved to continue sentencing hearing, allowed. Sentencing hearing cancelled, motion to continue to be filed. (Court Reporter none.) (Molloy, Maryellen) (Entered: 04/10/2007) |
| 04/11/2007 | 225 | Joint MOTION to Continue *Sentencing to May 1 or 2* as to Ronald J. Cavaliereby USA. (Hershfang, Rachel) (Entered: 04/11/2007) |
| 04/16/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 225 Motion to Continue as to Ronald J. Cavaliere (2) Sentencing set for 5/1/2007 10:30 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 04/16/2007) |
| 04/20/2007 | 226 | MOTION for Interim Compensation *For Investigator* as to Richard Collado. (Budreau, James) (Entered: 04/20/2007) |
| 04/23/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 226 Motion for Interim Compensation as to Richard Collado (4) (Filo, Jennifer) (Entered: 04/23/2007) |
| 04/24/2007 | 227 | EX PARTE MOTION for Authorization of Services or Funds as to Richard Collado. (Filo, Jennifer) (Entered: 04/24/2007) |
| 04/26/2007 | 228 | Sealed Sentencing Memorandum filed by Ronald Cavaliere. (Filo, Jennifer) (Entered: 04/30/2007) |

| 04/30/2007 | 229 | Second MOTION to Continue *Sentencing* to 5/15/2007 to Continue Sentencing as to Ronald J. Cavaliere. (Shea, Mark) (Entered: 04/30/2007) |
|---|---|---|
| 04/30/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 229 Motion to Continue as to Ronald J. Cavaliere (2) Sentencing reset to 5/14/2007 03:30 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 04/30/2007) |
| 05/10/2007 | 230 | Writ of Habeas Corpus ad Prosequendum Issued as to Ronald J. Cavaliere for Sentencing Hearing set for 5/14/07 at 3:30pm. (Molloy, Maryellen) (Entered: 05/10/2007) |
| 05/14/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Hearing on Sentencing issues re: Forfeiture allegations as to Ronald J. Cavaliere held on 5/14/2007. Parties request a brief continuance....allowed by the court. Sentencing/Evidence hearing reset t 6/28/07 at 2:30pm. (dft is State Custody) dft remanded to State Custody. (Court Reporter O'Hara.)(Molloy, Maryellen) (Entered: 05/15/2007) |
| 05/14/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner :Ausa Hershfang, Atty Shea and Probation S. Buckley present.Sentencing Hearing as to Ronald J. Cavaliere held on 5/14/2007. Defense counsel contests the Proposed Forfeiture Order, and request that matter be continued to a later date. Counsel will try to reach an agreement with respect to the forfeiture issues. Sentencing reset to 6/28/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (dft is state custody)(Court Reporter O'Hara.)(Molloy, Maryellen) (Entered: 05/15/2007) |
| 05/29/2007 | 231 | MOTION to Modify Conditions of Release as to William David Veney. (Sussman, Steven) (Entered: 05/29/2007) |
| 05/29/2007 | 232 | Interim MOTION for Authorization of Services or Funds as to William David Veney. (Sussman, Steven) (Entered: 05/29/2007) |
| 06/01/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 232 Motion for Authorization of Services or Funds as to William David Veney (3) (Filo, Jennifer) (Entered: 06/01/2007) |
| 06/19/2007 | 233 | Third MOTION to Modify Conditions of Release *Re: Travel* as to William David Veney. (Sussman, Steven) (Entered: 06/19/2007) |
| 06/21/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 233 Third Motion to Modify Conditions of Release Re: Travel as to William David Veney (3). (Filo, Jennifer) (Entered: 06/21/2007) |
| 06/21/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 231 Motion to Modify Conditions of Release as to William David Veney (3) (Filo, Jennifer) (Entered: 06/21/2007) |
| 06/25/2007 | 234 | Writ of Habeas Corpus ad Prosequendum Issued as to Ronald J. Cavaliere...sentencing hearing set for 6/28/07 at 2:30pm. (copy to marshals on 6/25/07) (Molloy, Maryellen) (Entered: 06/25/2007) |

| | | |
|---|---|---|
| 06/28/2007 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner :Sentencing held on 6/28/2007 for Ronald J. Cavaliere (2), Count(s) 1s, Dft sworn, sentence imposed: "Time Served" $100 Special Assessment, No Fine; 3 Years S.R. Spec Cond of S.R. no firearm; participate in substance abuse treatment; court adjourned, Preliminary Order of Forfeiture issued. dft remanded to State Custody.. (Court Reporter O'Hara.)(Molloy, Maryellen) (Entered: 06/29/2007) |
| 06/28/2007 | 🔵 | Judge Nancy Gertner : Electronic ORDER entered granting 222 Motion for Issuance of a Preliminary Order of Forfeiture of as to Ronald J. Cavaliere (2) (Filo, Jennifer) (Entered: 07/13/2007) |
| 06/28/2007 | 🔵255 | Judge Nancy Gertner : PRELIMINARY ORDER OF FORFEITURE entered as to Ronald J. Cavaliere. (Filo, Jennifer) (Entered: 07/13/2007) |
| 07/06/2007 | 🔵235 | NOTICE OF APPEAL by Ronald J. Cavaliere NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/26/2007 (Shea, Mark) (Entered: 07/06/2007) |
| 07/10/2007 | 🔵236 | TRANSCRIPT of Jury Trial Day One as to Michael S. Griffin, Ronald J Cavaliere, William David Veney, Richard Collado held on January 29, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 🔵237 | TRANSCRIPT of Jury Trial Day Two as to Michael S. Griffin, Ronald J Cavaliere, William David Veney, Richard Collado held on January 30, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 🔵238 | TRANSCRIPT of Jury Trial Day Three as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on January 2? 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 🔵239 | TRANSCRIPT of Jury Trial Day Four as to Michael S. Griffin, Ronald J Cavaliere, William David Veney, Richard Collado held on February 5, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 🔵240 | TRANSCRIPT of Jury Trial Day Five as to Michael S. Griffin, Ronald J Cavaliere, William David Veney, Richard Collado held on February 6, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The |

| | | |
|---|---|---|
| | | original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 241 | TRANSCRIPT of Jury Trial Day Six as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 7, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 242 | TRANSCRIPT of Jury Trial Day Seven as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 8, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 243 | TRANSCRIPT of Jury Trial Day Eight as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 12, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 244 | TRANSCRIPT of Jury Trial Day Nine as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 13, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 245 | TRANSCRIPT of Jury Trial Day Ten as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 14, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 246 | TRANSCRIPT of Jury Trial Day Eleven as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 15, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 247 | TRANSCRIPT of Jury Trial Day Fifteen as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 26, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |

| | | |
|---|---|---|
| 07/10/2007 | 248 | TRANSCRIPT of Jury Trial Day Sixteen as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 27, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-234 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 249 | TRANSCRIPT of Jury Trial Day Seventeen as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on March 2, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 250 | TRANSCRIPT of Jury Trial Day Eighteen as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on March 5, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 251 | TRANSCRIPT of Jury Trial Day Twelve as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 20, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-234 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/10/2007 | 252 | Transmitted Supplemental Record on Appeal as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado re 235 Notice of Appeal - Final Judgment, Documents included: 236-251 (Scalfani, Deborah) (Entered: 07/10/2007) |
| 07/11/2007 | 253 | TRANSCRIPT of Jury Trial Day Thirteen as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado held on February 21, 2007 before Judge Gertner. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-234 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/12/2007) |
| 07/12/2007 | 254 | Transmitted Supplemental Record on Appeal as to Michael S. Griffin, Ronald J. Cavaliere, William David Veney, Richard Collado re 235 Notice of Appeal - Final Judgment, Documents included: (Scalfani, Deborah) (Entered: 07/12/2007) |
| 07/13/2007 | | ELECTRONIC NOTICE OF STATUS CONFERENCE as to Michael S. Griffin, William David Veney, Richard Collado. Status Conference set for 8/1/2007 10:30 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 07/13/2007) |
| 07/30/2007 | 257 | Judge Nancy Gertner : ORDER entered; JUDGMENT as to Ronald J. Cavaliere (2), Count(s) 1s, Time Served, $100 Special Assessment, No Fine; 3 Years S.R. (Attachments: # 1 Excerpt of Sentencing Hearing) |

|  |  |  |
|---|---|---|
|  |  | (Gaudet, Jennifer) (Entered: 07/30/2007) |
| 08/01/2007 |  | Electronic Clerk Notes for proceedings held before Judge Nancy Gertner : Status Conference as to Michael S. Griffin, William David Veney, Richard Collado held on 8/1/2007. Jury Trial reset to 2/4/2008 09:00AM; Pretrial Conference reset to 1/24/2008 02:30 PM in Courtroom 2 before Judge Nancy Gertner. Order of excludable delay to be filed forthwith. Parties anticipate 5 week jury trial, first two weeks fu days 9:00-4:00.(Court Reporter none.) (Molloy, Maryellen) (Entered: 08/02/2007) |
| 08/02/2007 | 258 | Joint MOTION for Excludable Delay from August 1, 2007 to February 2008 as to Michael S. Griffin, William David Veney, Richard Colladoby USA. (Mendell, Nathaniel) (Entered: 08/02/2007) |