UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 03-cr-10404

United States of America

v.

Ronald J. Cavaliere

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-87, 89, 91-113, 115-119, 121, 123-126, 128-139, 145-173, 178-186, 189, 191-208, 210, 212-216, 219-226, 229-233, 235, 252, 254, 257, 258

and contained in 1-II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/6/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 3, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
    Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/7/7

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2205

- 3/06