| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR No. 03-10404-NG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| RONALD J. CAVALIERE, et al., | PRELIMINARY ORDER OF FORFEITURE |

FILED IN CLERKS OFFICE
2007 AUG 17 P 4:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA
AUG -2 A 11:00

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Debra Cavaliere

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

9 Wildwood Drive, Milford, Massachusetts 01757

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Rue, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: July 26, 2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 8/2/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/10/07   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 8/3/07 : certified mail: 7006 2150 0001 1303 2289
8/8/07 - Date of Delivery

(5)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT