UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
| ) | |
| **v.**        ) | Cr. No. 03-10404-NG |
| ) | |
| **RONALD J. CAVALIERE**        ) | |

NOTICE OF APPEARANCE

Please enter my appearance in the above-named matter as counsel for petitioner Debra Cavaliere on the forfeiture of 9 Wildwood Drive, Milford, MA.

        Respectfully submitted,
        By her attorney,

        /s/ Robert Sheketoff
        Robert Sheketoff
        BBO# 457340
        One McKinley Square
        Boston, MA 02119
        (617)-367-3449