UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                           ) | Cr. No. 03-10404-NG |
| ) | |
| RONALD J. CAVALIERE ) | |

PETITION FOR HEARING TO ADJUDICATE
INTEREST IN CERTAIN REAL PROPERTY

Debra Cavaliere, pursuant to 21 U.S.C. §853 (n)(2) and (3), hereby petitions the court for a hearing to adjudicate the validity of her interest in the real property located at 9 Wildwood Drive, Milford, Massachusetts.

A.  The petitioner says that the nature of her interest is she owns the property jointly with her husband, Ronald Cavaliere.

B.  The petitioner says that she acquired this interest when she and her husband purchased the property together in 1993 from Keevin Meehan, and that the deed is Recorded in the Worcester County Registry of Deeds at Book 15529 page 195.

C.  The petitioner further says that said property was paid for in part with the proceeds from the sale of their home in Natick. There is presently a first and second mortgage on the property. Since the purchase of the property the petitioner Debra Cavaliere has made the mortgage payments. The petitioner's interest in said property is not subject to forfeiture and she knows of no facts or legal theory which would entitle the United States to her interest in said property.

D.  The petitioner seeks the following relief: 1) a declaration that her interest is not subject to forfeiture; 2) an order that the government return her interest to her; and 3)

an order that she be reimbursed by the government for maintaining the property (mortgage, insurances and taxes) since the government caused a lien to be placed on said property 4) an order that she may retain the property if she pays to the government the fair market value of her husband's interest.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF AUGUST, 2007.

        /s/Debra Cavaliere
        Debra Cavaliere

        Respectfully submitted,
        By her attorney,

        /s/ Robert Sheketoff
        Robert Sheketoff
        BBO# 457340
        One McKinley Square
        Boston, MA 02119
        (617)-367-3449