UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) Criminal No. 03-10404-NG |
| | ) |
| Ronald J. Cavaliere | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF INTERESTED PARTY,
## MIDDLESEX SAVINGS BANK

William Zall hereby enters his appearance as counsel for petitioner, Middlesex Savings Bank, interested party regarding the forfeiture proceedings in the above matter.

Middlesex Savings Bank,
By its attorneys:

_____
William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524
FAX:(508) 653-0119

Dated: August 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the USA (Plaintiff), Ronald Cavaliere (Defendant) and Debra Cavaliere (Interested Party) by electronic transmission through the Court's Electronic Case Filing system on August 30, 2007.

_____
William M. Zall

269042

1