UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America )<br>)<br>vs. )<br>)<br>)<br>Ronald J. Cavaliere )<br>Defendants ) | Criminal No. 03-10404-NG |

**PETITION OF MIDDLESEX SAVINGS BANK
FOR HEARING TO ADJUDICATE VALIDITY OF LEGAL INTEREST
IN PROPERTY UNDER FORFEITURE ORDER
[21 U.S.C. §853(n)(2) & (3)]**

Middlesex Savings Bank ("Petitioner") hereby petitions this Court for a hearing to adjudicate the validity of its legal interest in that particular real property, known as 9 Wildwood Drive, Milford, Massachusetts ("Property"), which Property is subject to a Preliminary Order of Forfeiture. As reasons therefore, and in accordance with 21 U.S.C. 853(n)(3), the Petitioner states as follows:

1. The Petitioner holds a perfected mortgage on the Property, which mortgage is dated September 2, 1993, and recorded with the Worcester County South District Registry of Deeds at book 15529, page 197 ("Petitioner's Mortgage").

2. Petitioner's Mortgage was given by Ronald Cavaliere and Debra Cavaliere to secure a loan in the original amount of $164,000.00, which loan was made in conjunction with their purchase of the Property.

3. Upon information and belief, Petitioner's Mortgage is senior to all other encumbrances on the Property.

4. At present, Petitioner's Mortgage is not in default.

5.  The Petitioner's legal interest in the Property is that of a perfected mortgage under Massachusetts law and is not subject to forfeiture.

**WHEREFORE**, the Petitioner seeks the following relief:

1.  That this Court declare that the Petitioner holds a perfected mortgage on the Property;

2.  That this Court declare that Petitioner's Mortgage constitutes a legal interest in the Property which is not subject to forfeiture;

3.  That this Court declare that Petitioner's Mortgage is senior to the interest of the Plaintiff;

4.  That, if the Property is sold pursuant to any Order of Forfeiture which may enter, then proceeds of any such sale will first be paid to satisfy the full balance outstanding at time of payment, including interest thereto, of Petitioner's Mortgage;

5.  That the Petitioner be awarded legal fees incurred in this matter.

Signed under the pains and penalties of perjury.

Middlesex Savings Bank,
By:

Timothy O. Wilson
Collections Officer

By its attorneys:

William M. Zall, BBO #554135
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON, & HARNEY LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524
FAX:(508) 653-0119

Dated: August 30, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "Petition of Middlesex Savings Bank For Hearing To Adjudicate Validity of Legal Interest In Property Under Forfeiture Order" was served upon counsel for the USA (Plaintiff), Ronald Cavaliere (Defendant) and Debra Cavaliere (Interested Party) by electronic transmission through the Court's Electronic Case Filing system on August 30, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　William M. Zall

269043