FILED
IN CLERKS OFFICE

UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS 2007 SEP -4 P 2: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10404-NG |
| | ) | |
| RONALD J. CAVALIERE, | ) | |
| Defendant. | ) | |

## WAINWRIGHT BANK & TRUST COMPANY'S PETITION FOR HEARING TO ESTABLISH VALIDITY OF SECOND MORTGAGE LIEN

Pursuant to 21 U.S.C. § 853(n), Wainwright Bank & Trust Company (the "**Bank**"), petitions this Honorable Court for a hearing to adjudicate the validity of its second mortgage lien on real property located at 9 Wildwood Drive, Milford, Massachusetts 01757 (the "**Property**") related to this proceeding. The Bank is the holder of a Home Equity Line Note and Credit Agreement (the "**Note**") dated December 11, 1997 establishing a home equity credit line in the original principal amount of Thirty-Five Thousand Dollars ($35,000.00), which Note was executed and delivered by Ronald J. Cavaliere (the "**Defendant**") and Debra L. Cavaliere to the Bank, which Note is secured by an Open-End Mortgage dated December 11, 1997 ($35,000.00) (the "**Mortgage**") on the Property.

The Bank sets forth the following facts related to the Note, the Mortgage and its interest in the Property:

1. The Note was executed by the Defendant and Debra L. Cavaliere on December 11, 1997. A true and accurate copy of the Note is attached hereto as Exhibit 1.

2. The Mortgage securing the Note was also executed by the Defendant and Debra L. Cavaliere on December 11, 1997 and recorded at the Worcester South District Registry of Deeds on December 15, 1997 at 2:52 p.m. in Book 19438, Page 317. A true and accurate copy of the Mortgage, as recorded, is attached hereto as Exhibit 2.

1

3. Pursuant to a Limited Attorney's Certification of Title dated December 15, 1997, Attorney Keith W. Michon, certified that the Bank had a valid second mortgage lien on the Property. A true and accurate copy of the Limited Attorney's Certification of Title is attached hereto as Exhibit 3.

4. The Bank has caused title to again be run from the deed into Ronald J. Cavaliere and Debra L. Cavaliere to the present and a title report through August 25, 2007 is attached as Exhibit 4.

5. The Note is in default for non-payment. As of August 31, 2007, pursuant to the Note, the Defendant and Debra L. Cavaliere owe the Bank Thirty-Five Thousand One Hundred Thirty-One and 89/100 Dollars ($35,131.89). A true and accurate copy of a Loan Payoff Statement dated August 9, 2007 is attached hereto as Exhibit 4. Interest, late charges and attorneys fees continue to accrue under the Note and Mortgage.

6. Pursuant to Section 20 of the Note and Section 18 of the Mortgage, the Bank is entitled to recover its collection costs, including reasonable attorneys fees, incurred in protecting and enforcing its rights under the Note and Mortgage.

**WHEREFORE,** the Bank is seeking the following relief:

(a) that this Court determine that the Bank holds a valid second mortgage lien on the Property;

(b) that the Bank be given leave to commence collection proceedings including, without limitation, foreclosure proceedings; Payment of the then outstanding amount of the Mortgage;

(c) that after the satisfaction of the indebtedness secured by the first mortgage, the Bank be entitled to recover all sums due and owing under the Note, including, without limitation, its reasonable attorneys fees related to its collection of the Note and Mortgage, and

(d) that the Court award to the Bank such other and further relief as this Court deems equitable and just.

[This Page Ends Here – Signature Page Follows]

Executed as of September 4, 2007, under the pains and penalty of perjury.

**WAINWRIGHT BANK & TRUST COMPANY**

By: _____
Michael F. Lindberg, Senior Vice President

Counsel to Wainwright Bank & Trust Company:

Richard J. Levin, Esquire
Matthew Pappas, Esquire
Cumsky & Levin LLP
6 University Road
Cambridge, MA 02138
(617) 492-9700
BBO#: 296260

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2007, I served a copy of the foregoing Petition via first class mail upon:

Rachel E. Hershfang, Esq.
U.S. Attorney's Office
U.S Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(counsel to the Plaintiff)

and upon

Ronald J. Cavaliere
9 Wildwood Drive
Milford, MA 01757
(the Defendant)

via First Class Mail, postage pre-paid.

_____
Matthew Pappas, Esquire.

3