# HOME EQUITY LINE NOTE AND CREDIT AGREEMENT

This is the agreement ("Agreement") that will cover your Home Equity Line of Credit Account ("Account"). Each person who signs this Agreement will be bound by this Agreement and will be responsible for paying all amounts owed. In this Agreement, "you," "your" and "yours" refer to each person who signs this Agreement as Borrower. "We," "our" and "us" refer to WAINWRIGHT BANK & TRUST COMPANY.

1. **Obtaining Advances.** You can obtain an advance from your Account by using checks we have provided for you. We may also make other means of obtaining advances available to you from time to time. You may obtain advances from your Account up to the amount of your credit limit, which is stated below, beginning on the fourth business day after the date of this Agreement until the expiration of the Draw Period as described below.

(Check the applicable box)
☐ There is no minimum advance amount.
☒ Any advances you request must be in an amount of at least $500.00 or the remaining balance of the Account, if less than such minimum advance amount.

2. **Payment Promise.** You promise to repay all advances made from your Account, together with all finance charges and other amounts due, according to the terms of this Agreement. You cannot use advances from your Account to pay what you owe on your Account.

3. **Credit Limit.** Your credit limit is $35,000.00. You promise not to allow your unpaid balance (including unpaid finance charges) to exceed your credit limit. If your unpaid balance exceeds your credit limit, you must pay us the excess immediately.

4. **Term.** We will call the FIVE - year period during which you may obtain advances the "Draw Period." We will call the TEN - year period following the expiration of the Draw Period the "Repayment Period." You may not obtain further advances during the Repayment Period. At the end of the Repayment Period, all amounts you owe, if any, under this Agreement will be immediately due and payable.

5. (Check if applicable) ☒ **Option to Extend Draw Period.** If the box to the left is checked, at the end of the Draw Period, we will review your Account and, if you are eligible, we will extend your Draw Period for an additional FIVE years. Prior to such extension, we may require you to submit information about your financial status and an updated appraisal of the real estate securing your obligations under this Agreement. Extension will be at our sole option.

6. **Monthly Statements.** We will send you a statement at the end of each monthly statement period in which there is a transaction or an outstanding balance in your Account.

7. **Making Payments.** Each month your statement will show a minimum payment amount due. You agree to pay this amount by the due date shown on the statement. (Check if applicable) ☐ You authorize us to debit your deposit account for the minimum payment amount. We will apply all payments as follows: (check applicable box) ☒ first against any unpaid fees, costs or expenses, then to any unpaid finance charge and finally to the unpaid balance of advances on your Account ☐ _____

8. **Draw Period and Repayment Period Payments.** During the Draw Period, your minimum monthly payment will be an amount equal to (check the applicable box)
☐ _____ percent (____%) of the outstanding principal balance of your Account, plus the sum of all finance charges that have accrued during the statement period, or $_____, whichever is more, plus any overdue amounts.
☒ the sum of all finance charges that have accrued during the statement period, or $ 0 , whichever is more, plus any overdue amounts. Any overdue amounts will also be added to the minimum required monthly payment.
During the Repayment Period, your minimum monthly payment will be equal to one HUNDRED TWENTIETH (1/120th) of the outstanding balance of your Account at the end of the Draw Period, plus any finance charges that have accrued on the remaining balance or $100.00, whichever is more, plus any overdue amounts. If, at the end of the Repayment Period, you still owe any amounts under this Agreement, you will pay these amounts in full immediately.

9. **Annual Percentage Rate and Finance Charge.** The Annual Percentage Rate for your Account will vary, but not more frequently than once each MONTH. The Annual Percentage Rate does not include costs other than interest. The Annual Percentage Rate will be based on the following rate (the "Index") (check the applicable box)
☒ the prime rate published in *The Wall Street Journal* on the LAST business day of each MONTH or on the last day on which *The Wall Street Journal* was published prior to that date. If there is more than one rate published as the prime rate, your rate will be based on the highest rate.
☐
Your ANNUAL PERCENTAGE RATE will be the sum of the Index plus a margin of 0 percentage points unless a discount is in effect, but it will never be more than 18%. Your (check the applicable box) ☐ monthly ☒ daily periodic rate for any day will be (check the applicable box) ☐ 1/12th ☒ 1/365th of the Annual Percentage Rate in effect on that day. The ANNUAL PERCENTAGE RATE in effect as of December 11, 1997, is 8.50%; and the (check the applicable box) ☒ daily ☐ monthly periodic rate is 0.0233%.
☐ If this box is checked, your initial Annual Percentage Rate and periodic rate are discounted rates and will remain in effect (check the applicable box) ☐ for (fill in time period) _____ (fill in date) until _____ ("Discount Period"). The ANNUAL PERCENTAGE RATE in effect if the rate had not been discounted would have been _____% (and the periodic rate would have been _____%). At the end of the Discount Period, your Annual Percentage Rate and periodic rate are determined as described above.
If the Annual Percentage Rate increases, finance charges will increase, resulting in higher monthly payments. A finance charge accrues on each advance from your Account from the date the advance is made until it is repaid in full.

10. **Calculation of Finance Charge.** (Check the applicable box.)
☒ Daily balance method. We will figure the finance charge on your Account for each monthly statement period as follows:
a) We start with the outstanding advances and unpaid finance charges at the beginning of the statement period.
b) Each day we subtract the portion of any payment we receive that is to be applied to the outstanding balance (check the applicable box)
☒ excluding ☐ including any accrued but unpaid finance charges. We subtract any other credits, add any new advances and make any other adjustments that are necessary. This gives us your daily balance.
c) We then multiply your daily balance by the daily periodic rate. This gives us the amount of the finance charge for each day. We then add the finance charge amounts for each day during the monthly statement period. This gives us the amount of the finance charge for the statement period.
☐ Average daily balance method. We will figure the finance charge on your Account for each monthly statement period as follows:
a) We start with the outstanding advances and unpaid finance charges at the beginning of the statement period.
b) Each day we subtract the portion of any payment we receive that is to be applied to the outstanding balance (check applicable box)
☐ excluding ☐ including any accrued but unpaid finance charges. We subtract any other credits, add any new advances and make any other adjustments that are necessary. This gives us your daily balance.
c) We then add up all the daily balances during the statement period and divide by the number of days in the period. This gives us the "average daily balance."
d) We next multiply the average daily balance by the (check the applicable box) ☐ daily periodic rate and multiply that product by the number of days in the monthly statement period ☐ monthly periodic rate. This gives us the amount of the finance charge for the statement period.

11. **Closing Costs.** You agree to pay the following closing costs in connection with your Account:
    (a) Application fee    $0
    (b) Points (___% of credit limit)    $0
    (c) Title examination fee    $0
    (d) Preparation of legal documents    $0
    (e) Appraisal fee    $0
    (f) Municipal Lien Certificate    $0
    (g) Recording fees    $0
    (h) Title insurance policy    $0
    (i) Other    $0
    Total amount due    $ 0.00

12. **Other Fees.** You agree to pay the following additional fees if checked:
☐ An annual maintenance fee of $_____ that may be added to your Account balance in the monthly statement period when it is billed regardless of whether you have used your Account;
☒ A late fee equal to the lesser of $10.00 or 10% of your outstanding Account balance if we have not received the full amount of your monthly payment within 15 days after the due date;
☐ A returned payment fee of $_____ whenever a check you give us to make a payment on your Account is returned unpaid for any reason;
☐ A returned check fee of $_____ whenever a check presented for an advance from your Account must be returned unpaid due to lack of sufficient available credit or any other reason;
☐ A stop payment fee of $_____ whenever a stop payment is requested by you on a check you have issued to access your Account;

☐ A check reorder fee of $ _____
☐ _____

3. (Check if applicable) ☒ Owner Occupied Dwelling. If the box to the left is checked, you agree that you will live in the dwelling that secures your obligations under this Agreement during the term of this Agreement. You agree that your moving out of such dwelling would constitute an action which adversely affects our collateral for this Agreement pursuant to paragraph 18.

4. Security Interest. We are being given a mortgage on your real estate located at 9 Wildwood Drive, Milford, MA 01757 to secure your obligations under this Agreement. You agree to maintain hazard insurance coverage on the real estate in an amount equal to the lesser of (a) the credit limit of our Account plus all amounts secured by mortgages which have priority over the mortgage granted in connection with this Agreement but in no event shall such insurance be an amount less than 80% of the full replacement value of the property, or (b) the full replacement value of the property. You also agree to maintain flood insurance on the real estate if we require it. The insurance that you maintain must name us as loss payee and mortgagee and provide for 10 days' notice of cancellation to us. You may obtain the insurance from a person of your choice who is acceptable to us, and you agree to provide us with evidence of the insurance at the closing; we may do or pay for whatever is necessary to protect the value of our security interest in your real estate. If, for example, you fail to pay property taxes or other expenses or to provide insurance, we may choose to pay these expenses and incur any related administrative costs or expenses, in which case you must reimburse us for all such amounts immediately upon our request. Any insurance coverage we purchase may provide less coverage than your own insurance and may cost more than your own insurance.
Collateral securing other loans with us may also secure your obligations under this Agreement. However, except for the mortgage referred to in the preceding paragraph, no security interest in any consumer's principal dwelling will be used to secure payment of your obligations under this Agreement.
Any notice we send you will be considered effective when it is delivered personally to you or mailed, postage prepaid, to the last address we have for you in our records. Notice from you will be considered effective when we receive it at the following address:

WAINWRIGHT BANK & TRUST COMPANY, 63 FRANKLIN STREET, BOSTON, MA 02110
BANK NAME AND ADDRESS

This Agreement includes the Additional Provisions on the attached sheet.
Each person who signs below agrees to the terms of this Agreement, including the additional provisions on the attached sheet, and acknowledges receiving a copy of this Agreement, a copy of the notice of your billing rights and two copies of a Notice of Right to Cancel. See important disclosures on the attached sheet.
This Agreement is executed as a document under seal.

Date: December 11, 1997

_____
Debra L. Cavaliere

_____
Ronald J. Cavaliere

Accepted:

BANK NAME:   WAINWRIGHT BANK & TRUST COMPANY

By:  _____
     Lynn Harvey

Title:  Consumer Loan Officer

ADDITIONAL PROVISIONS

5. Additional Payments. You can always pay more than the payment amount due shown on your statement. But if you do, you still have to make the required payments in the months that follow. Additional payments will be applied to reduce the outstanding principal balance of your Account.

6. Irregular Payments. We may accept late payments, partial payments or checks or money orders labelled "payment in full" without losing any of our rights under this Agreement.

7. Crediting Payments. It is to your advantage to make all payments properly and on time. All payments received on a business day will be credited to your Account that day provided they are sent to the address, in the manner and by the time indicated on your monthly statement. Other payments may not be credited for up to 5 days.

8. Termination of Account. We may close your Account at any time, demand repayment of the entire outstanding balance in one payment, and charge your certain fees if (a) you committed fraud or made any material misrepresentation in your application or in connection with this Account; (b) you fail to meet any repayment obligation under this Agreement; or (c) you act or fail to act in such a way as to adversely affect the collateral for this Agreement, or any of our rights in that collateral including, without limitation, any transfer of title (whether legal or equitable) to the collateral without our permission, failure to maintain the required insurance, failure to pay taxes on the collateral, death of the sole consumer obligated on the Account, a taking of the collateral through eminent domain, foreclosure by any prior lienholder, waste or destructive use of or failure to maintain the collateral, illegal use of the collateral so as to subject the collateral to seizure, death of one of two consumers obligated on the Account if the collateral is adversely affected, or permitting the filing of an intervening lien that would take priority over future advances.

9. Limits on Advances. We can refuse to make additional advances to your Account or can reduce your credit limit at any time before the end of the Draw Period for the duration of any period of time in which (a) the value of the collateral securing the Account declines significantly below its appraised value for purposes of this Agreement; (b) we reasonably believe that you will be unable to fulfill the repayment obligation under this Agreement because of a material change in your financial circumstances; (c) you have defaulted on any material obligation under this Agreement; (d) government action prevents us from imposing the Annual Percentage Rate provided above, or so impairs our collateral that its value is less than 120% of your credit limit line; (e) a regulatory agency has notified us that continued advances to your Account would constitute an unsafe and unsound banking practice; or (f) the maximum Annual Percentage Rate has been reached.

10. Collection Costs. Each person who signs this Agreement agrees to pay all collection costs, including reasonable attorneys' fees, if we start proceedings to enforce our rights under this Agreement.

11. Joint Accounts. If your Account is a joint account, each person who signs this Agreement may obtain advances from the Account, but the total of these advances cannot exceed the credit limit for your Account. Each person who signs this Agreement is fully liable for keeping all the promises in this Agreement, including the payment promise. We may enforce our rights under this Agreement against each person individually or against both of you. Either of you may be required to pay all of the amount owed under this Agreement, regardless of which of you obtained the advances.

12. Transfer or Assignment. Your rights under this Agreement belong to you only and may not be transferred or assigned. Your obligations, however, are binding on your heirs and legal representatives.

13. Closing Your Account. You may close your Account at any time. Simply notify us in writing and stop using your Account. If this is a joint account, any person who signs this Agreement can close it.
After your Account is closed, we will keep all our rights under the Agreement and you will still have to pay all advances obtained from your Account even if obtained after the Account has been closed, together with all fees, costs and finance charges due. Unless we have closed your Account in accordance with the paragraph labeled "Termination of Account" (in which case you must pay the entire outstanding balance immediately), you must continue making payments in accordance with the terms of this Agreement when your Account is closed.

14. Set-Off. We have the right under the law to transfer funds held in any deposit account that any person who signs this Agreement has with us to pay off or reduce your obligations if there is a default under this Agreement.

25. **Additional Credit and Property Information.** From time to time we may ask you to update the information in your application such as information about your employment and credit history. If we do, you agree to provide us with the information we ask for. We may also obtain a credit report on you and a new appraisal of the property securing our advances to you.

26. **Evidence.** If we go to court for any reason, we can use a copy, microfilm or microfiche of any monthly statement or other document to prove what you owe us or that a transaction has taken place. The copy, microfilm or microfiche will have the same validity as the original.

27. **Exercising Our Rights and Remedies.** Even if we do not immediately exercise any of our rights or remedies under this Agreement or under applicable law, we may still exercise those rights or remedies at any time. No consent or waiver by us to or of any default by you will be a consent to any other default.

28. **Amending This Agreement.** To the extent permitted by law, we can amend this Agreement by sending notice of the amendment to you in writing at least fifteen (15) days before the beginning of the statement period in which the amendment will take place. Any amendment will apply both to any new credit extended as well as to the outstanding balance in effect at the time the Agreement is amended, as permitted by law.

29. **What Law Applies?** This Agreement will be governed by the law of the Commonwealth of Massachusetts and applicable federal law. If there is any conflict between any of the terms and conditions of this Agreement and applicable federal or state law, this Agreement will be considered changed to the extent necessary to comply with the law.

30. **Tax Deductibility.** You should contact a tax advisor regarding the deductibility of interest and charges under this home equity line.

31. **Notices.** If your Account is a joint account, we can notify one of you and the notice will be effective for both of you. Similarly, one of you can notify us and we will consider it to be notice from both of you.

**YOUR BILLING RIGHTS**
**KEEP THIS NOTICE FOR FUTURE USE**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

### Notify Us In Case of Errors or Questions About Your Statement

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address listed on your statement. Write to us as soon as possible. We must hear from you not later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

### Your Rights and Our Responsibilities After We Receive Your Written Notice

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the statement was correct.

After we receive your letter, we cannot try to collect any amount you question or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your statement, you will not have to pay any finance charges related to any questioned amount. If we did not make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your statement, and we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your statement was correct.