BOOK 19438 PAGE 322                     Exhibit "A"

## TO OPEN-END MORTGAGE FROM RONALD CAVALIERE AND DEBRA CAVALIERE TO WAINWRIGHT BANK & TRUST COMPANY DATED DECEMBER 11, 1997 IN THE ORIGINAL PRINCIPAL AMOUNT OF $35,000.00

Property:     9 Wildwood Drive, Milford, MA 01757

The land with the buildings thereon, situated in Milford, Worcester County, Massachusetts, being shown as Lot 2 on a plan entitled "Wendy Estates Wildwood Drive Plan of Land in Milford, Mass., March 30, 1987, Bianchi Engineering Co., Inc.", recorded with the Worcester District Registry of Deeds in Plan Book 584, Plan 97, being more particularly bounded and described as follows:

| | |
|---|---|
| SOUTHERLY | by the northerly line of Wildwood Drive, 242.56 feet; |
| WESTERLY | by land now or formerly of Robsham, as indicated on said plan, 83.80 feet; |
| NORTHERLY | by said land now or formerly of Robsham, 240.00 feet; and |
| EASTERLY | by land now or formerly of Vincas Vaitkunas, as indicated on said plan, 118.94 feet. |

Containing, according to said plan, 23,333 square feet, more or less.

Subject to a "Temporary Turn Around" as shown on said Plan.

Subject to a utility easement to Worcester County Electric Company and New England Telephone and Telegraph Company, dated September 21, 1956, recorded with said District Deeds in Book 3819, Page 71.

Subject to first Mortgage from Mortgagor(s) to Middlesex Savings Bank dated September 2, 1993, in the original principal amount of $164,000.00, and recorded with the Worcester County (Worcester District) Registry of Deeds in Book 15529, Page 197.

For Mortgagor's title, see deed of Kevin P. Meehan dated August 31, 1993 and recorded with said Registry of Deeds in Book 15529, Page 195.

ATTEST: WORC. Anthony J. Vigliotti, Register

## LAW OFFICE OF KEITH W. MICHON, P.C.
ATTORNEY AT LAW

330 BROADWAY
CAMBRIDGE, MASSACHUSETTS 02139

TELEPHONE (617) 492-1122
TELECOPIER (617) 492-0303

### LIMITED ATTORNEY'S CERTIFICATION OF TITLE

DATE: December 15, 1997

TO: Wainwright Bank & Trust Company (Mortgagee)
     63 Franklin Street, Boston, Massachusetts 02110

AND: Ronald Cavaliere and Debra Cavaliere (Mortgagor)

RE: 9 Wildwood Drive, Milford, MA 01757

In accordance with the provisions of Massachusetts General Laws, Chapter 93, Section 70, as amended by Chapter 531 of the Acts of 1979, the undersigned certifies that at the time of recording this mortgage, the Mortgagor(s) and Mortgagee hold good, clear marketable title of record to the property (as described in Exhibit "A" attached hereto and incorporated herein by reference), free from all encumbrances which would materially affect the title, excepting only the following matters. This Certification is effective only for the time period from September 3, 1993 at 11:52 a.m. (Book 15529, Page 195) to December 15, 1997 at 2:52 p.m. as Instr. No. 139927:

1. Valid second mortgage to the Mortgagee dated December 11, 1997, in the amount of $35,000.00 and recorded at the Worcester County (Worcester District) Registry of Deeds on December 15, 1997 at 2:52 p p.m. as Instrument No. 139927.

2. Said Mortgage is subject to a first Mortgage from Mortgagor(s) to Middlesex Savings Bank dated September 2, 1993, in the original principal amount of $164,000.00, and recorded with the Worcester County (Worcester District) Registry of Deeds in Book 15529, Page 197.

3. This certification applies to ownership only and does not include the existence or location of any structure on said premises or the accuracy of any Municipal Lien Certificate relative to said premises.

4. Matters of Record prior to September 3, 1993 at 11:52 a.m. (Book 15529, Page 195).

5. Municipal liens or other charges.

Liability herein for rendering such certification to the mortgagor, if applicable, shall be limited to the amount of the consideration as shown on the deed; and liability for rendering such certification to the mortgagee shall be effective for the benefit of the mortgagor only as long as said mortgagor owns the said premises and for the benefit of the mortgagee only as long as the mortgage is in existence, and excepting the following matters:

6. ANY DEFECTS OR OTHER ENCUMBRANCES WHICH A SURVEY OR PLOT PLAN OF THE PREMISES WOULD REVEAL.

7. MATTERS NOT OF RECORD.

8. PROVISIONS OF BUILDING CODES AND LAWS AND ZONING LAW.

9. ANY STATE, FEDERAL, OR LOCAL LAW OR ORDINANCE OR REGULATION WHICH MAY AFFECT THE USE OR OCCUPANCY OR RENTAL OF THE MORTGAGED PREMISES AND ALL MATTERS PERTAINING TO RENT CONTROL AND HOUSING INSPECTION.

10. RIGHTS, RESERVATIONS, RESTRICTIONS AND EASEMENTS OF RECORD.

This certification is subject to and does not include nor does it cover any matter which might have been disclosed by inquiry, examination, or investigation of the aforesaid enumerated matters.

LAW OFFICE OF KEITH W. MICHON, P.C.

The undersigned Mortgagor(s) hereby acknowledge receipt of a copy of this certification.

Borrower - Ronald Cavaliere

Borrower - Debra Cavaliere

Exhibit "A"

Property:   9 Wildwood Drive, Milford, MA 01757

The land with the buildings thereon, situated in Milford, Worcester County, Massachusetts, being shown as Lot 2 on a plan entitled "Wendy Estates Wildwood Drive Plan of Land in Milford, Mass., March 30, 1987, Bianchi Engineering Co., Inc.", recorded with the Worcester District Registry of Deeds in Plan Book 584, Plan 97, being more particularly bounded and described as follows:

| | |
|---|---|
| SOUTHERLY | by the northerly line of Wildwood Drive, 242.56 feet; |
| WESTERLY | by land now or formerly of Robsham, as indicated on said plan, 83.80 feet; |
| NORTHERLY | by said land now or formerly of Robsham, 240.00 feet; and |
| EASTERLY | by land now or formerly of Vincas Vaitkunas, as indicated on said plan, 118.94 feet. |

Containing, according to said plan, 23,333 square feet, more or less.

Subject to a "Temporary Turn Around" as shown on said Plan.

Subject to a utility easement to Worcester County Electric Company and New England Telephone and Telegraph Company, dated September 21, 1956, recorded with said District Deeds in Book 3819, Page 71.

Subject to first Mortgage from Mortgagor(s) to Middlesex Savings Bank dated September 2, 1993, in the original principal amount of $164,000.00, and recorded with the Worcester County (Worcester District) Registry of Deeds in Book 15529, Page 197.

For title reference, see deed of Kevin P. Meehan dated August 31, 1993 and recorded with said Registry of Deeds in Book 15529, Page 195.