WAINWRIGHT BANK AND TRUST
63 FRANKLIN STREET
BOSTON, MA 02110


DEBRA L CAVALIERE
RONALD J CAVALIERE
9 WILDWOOD DRIVE
MILFORD MA 01757

## Loan Payoff Statement

| | | |
|---|---|---|
| Loan Payoff for: | Loan Number: | 980002469 |
| DEBRA L CAVALIERE | Date Quoted: | Aug 09, 2007 |
| RONALD J CAVALIERE | Payoff Good To: | Aug 10, 2007 |
| 9 WILDWOOD DRIVE | Method: | 1/0 |
| MILFORD MA 01757 | | |

Collateral: 9 WILDWOOD DRIVE, MILFORD MA 01757

| | |
|---|---|
| Principal: | $34,895.21 |
| Interest To Aug 10, 2007: | $70.99 |
| **Net Amount Due:** | **$34,966.20** |

## Additional Information

One Day's Interest:                                                                                                        $7.89

Prepayment Penalties and Release Fees are calculated based upon the terms and conditions specified in your Note. Funds received AFTER 3:00 pm EST on the date quoted will require additional days interest. Please include sufficient interest for mailing time.
*************************************************************
Issuance of this statement does not suspend the contract requirement to remit loan payment when due. A late charge may be assessed if the payment is made after the due date.
*************************************************************
These figures are subject to a final verification by the note holder. Figures may be adjusted if any payment previously received is rejected by the institution upon which it was drawn.
*************************************************************
Remittances must be made payable to: Wainwright Bank 63 Franklin Street, Boston, MA 02110 Atten: Payoff Dept. Please note that our office is not available to receive funds on weekends or national holidays
*************************************************************