08/31/2007  08:51    5083376007                BEH TITLE                           PAGE  01/33

**QUIRK ASSOCIATES**
**368 WASHINGTON STREET**
**DEDHAM, MA. 02026**

# *REPORT*

**PROPERTY:** 9 WILDWOOD DRIVE MILFORD

**OWNERS:** RONALD CAVALIERE and DEBRA CAVALIERE

**CURRENT DEED:** Bk 15529 Pg 195  Sh # 3

**PLANS:** Bk 584 Pg 97  Sh # 2

**ENCUMBRANCES:**

| | |
|---|---|
| Mortgage: MIDDLESEX SAVINGS BANK<br>Bk 15529 Pg 197 Rec'd 9/3/1993  $164,000.00 | Sh # 5 |
| Mortgage: WAINWRIGHT BANK & TRUST COMPANY<br>Bk 19438 Pg 317 Rec'd 12/15/1997  $35,000.00 | Sh # 13 |
| Subordination Agreement Bk 19438 Pg 323 Rec'd 12/15/1997<br>Subordinates DH 16452/186 to Mtg 19438/317 | Sh # 16 |
| Declaration of Homestead Bk 16452 Pg 186 Rec'd 7/22/1994 | Sh # 8 |
| Zoning Board Decision Bk 16452 Pg 188 Rec'd 7/22/1994 | Sh # 10 |
| Additional Deed in to current owners Bk 23474 Pg 327 Rec'd 1/29/2001<br>Shown on plan Bk 764 Pg 47 | Sh # 17<br>Sh # 20 |
| Lis Pendens Bk 32084 Pg 290 Rec'd 10/29/2003 | Sh # 21 |
| Order of Forfeiture Bk 41624 Pg 110 Rec'd 8/8/2007 | Sh # 28 |

*Exam Begins:* 9/3/1993
*Exam Ends:* 8/25/2007