AO 458 (Rev. 10/95 - Rev. D. MA 2/07)  Appearance - Criminal

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2007 SEP -6  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA
V.

RONALD J. CAVALIERE

**APPEARANCE**

Case Number: 03-10404-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Wainwright Bank & Trust Company.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☑ Retained
☐ Pro Bono

| | |
|---|---|
| 9/4/2007 | *[signature]* |
| Date | Signature |
| | Richard J. Levin — 296260 |
| | Print Name — Bar Number |
| | Cumsky & Levin LLP - 6 University Road |
| | Address |
| | Cambridge    MA    02138 |
| | City    State    Zip Code |
| | (617) 492-9700    (617) 492-9020 |
| | Phone Number    Fax Number |