```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
                               )
            v.                 )
                               )     Criminal No. 03-10404-NG
RONALD J. CAVALIERE, et al.,   )
            Defendant.         )
```

**UNITED STATES' STATUS REPORT**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby submits this status report regarding ancillary forfeiture proceedings in this criminal action.

1.   At a Status Conference regarding the ancillary forfeiture proceedings in this criminal action, held on October 30, 2007, counsel for the United States and petitioner Debra Cavaliere informed the Court that settlement negotiations regarding the 9 Wildwood Drive, Milford, Massachusetts property (the "Property") were underway, and that it may not be necessary to set a discovery schedule in connection with this proceeding.

2.   The Court orally ordered the parties to report back to the Court on or before December 14, 2007 concerning the status of settlement negotiations, and whether a status conference scheduled for December 18, 2007 was necessary.

3.   The United States submits that settlement negotiations between the government and petitioner Debra Cavaliere are ongoing, and requests a one-month continuance of the Status Conference currently scheduled for December 18, 2007.  By January

18, 2007, the parties should be in a position to report to the Court whether or not settlement of Ms. Cavaliere's claim is possible.

WHEREFORE, the United States respectfully requests that the December 18, 2007 Status Conference be re-scheduled for January 18, 2008, or date soon after convenient to the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney,

by: /s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100

Date: December 14, 2007

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

Dated: December 14, 2007