```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA,     )
                              )
         v.                   )
                              )     Criminal No. 03-10404-NG
RONALD J. CAVALIERE, et al.,  )
         Defendant.           )
```

## UNITED STATES' STATUS REPORT AND
## MOTION TO CANCEL JANUARY 18, 2008 STATUS CONFERENCE

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby submits this status report regarding the ancillary forfeiture proceedings in this criminal action.

1.   At the Status Conference held on October 30, 2007, the Honorable Judge Judith G. Dein orally ordered the parties to report back to the Court on or about December 14, 2007 concerning the status of settlement discussions surrounding the 9 Wildwood Drive, Milford, Massachusetts property.

2.   On December 14, 2007, the United States reported to the Court that settlement negotiations with Debra Cavaliere were ongoing, and requested a continuance of the December 18, 2007 Status Conference.  The Court continued the Status Conference until January 18, 2008.

3.   In the meantime, the United States and Debra Cavaliere have negotiated a settlement of her claim, and the United States submits that the parties will file the necessary settlement documents within the next two weeks.

4.   Accordingly, the United States respectfully requests that the Status Conference currently scheduled for January 18, 2008 be cancelled.

           Respectfully submitted,
           MICHAEL J. SULLIVAN,
           United States Attorney,

           /s/ Kristina E. Barclay
by:  Kristina E. Barclay
     Assistant U.S. Attorney
     1 Courthouse Way, Ste. 9200
     Boston, MA 02210
     (617) 748-3100

Date: January 17, 2008

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing United States' Status Report and Motion to Cancel January 18, 2008 Status Conference, was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

           /s/ Kristina E. Barclay
           Kristina E. Barclay
           Assistant U.S. Attorney

Date: January 17, 2008