*CR 03-*
*10404*
*J. Gertner*

# United States Court of Appeals
## For the First Circuit

No. 07-2205

UNITED STATES,

Appellee,

v.

RONALD J. CAVALIERE,

Defendant - Appellant.

#### JUDGMENT

Entered: January 25, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

**Certified and issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

**Richard Cushing Donovan, Clerk**

By_____

Deputy Clerk

Chief Deputy Clerk.

**Date: JAN 25 2008**

[cc: Mr. Shea, Ms. Chaitowitz, Ms. Hershfang, Mr. Mendell and Mr. Cavaliere]