```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )
                              )
           v.                 )
                              )    Criminal No. 03-10404-NG
RONALD J. CAVALIERE, et al.,  )
           Defendant.         )
```

**UNITED STATES' STATUS REPORT REGARDING SETTLEMENT**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby submits this status report regarding the ancillary forfeiture proceedings in this criminal action.

The United States and Debra Cavaliere executed a settlement agreement on February 8, 2008. The settlement agreement calls for the payment to the United States of $120,000 within 30 days of the execution of the settlement agreement, and $20,000 before August 1, 2008. Upon receipt of the $120,000 payment, the United States will file the settlement agreement, together with a joint motion for final order of forfeiture and a proposed final order for the Court's consideration.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN,
                              United States Attorney,

                              /s/ Kristina E. Barclay
                         by:  Kristina E. Barclay
                              Assistant U.S. Attorney
                              1 Courthouse Way, Ste. 9200
                              Boston, MA 02210
                              (617) 748-3100
Date: February 21, 2008
```

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 /s/ Kristina E. Barclay
                                                 Kristina E. Barclay
                                                 Assistant U.S. Attorney

Dated: February 21, 2008