UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>RONALD J. CAVALIERE, )<br>    Defendant. )<br>_____)<br>)<br>DEBRA CAVALIERE, )<br>    Petitioner. ) | Criminal No. 03-10404-JGD |

**ASSENTED-TO MOTION FOR RELEASE OF NOTICE OF *LIS PENDENS***

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release its Notice of <u>Lis Pendens</u>, which was issued by the United States District Court for the Eastern District of Virginia and recorded at the Worcester North Registry of Deeds against the real property located at 9 Wildwood Drive, Milford, Massachusetts (the "Real Property"). For title to the Property, <u>see</u> Deeds Book 15529, Page 195, at the Worcester County Registry of Deeds.

As grounds for this motion, the United States submits that the Parties, the United States of America and Petitioner Debra Cavaliere, have entered into a settlement agreement whereby the Petitioner has forfeited $140,000.00 United States Currency to the United States in lieu of the Real Property.

WHEREFORE, the United States requests that the Court

authorize the release of the Notice of Lis Pendens. A proposed Release of Notice of Lis Pendens is submitted herewith for consideration by the Court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              By:/s/ Kristina E. Barclay
                                  Kristina E. Barclay
                                  Assistant U.S. Attorney
                                  1 Courthouse Way
                                  Suite 9200
                                  Boston, MA 02210
Dated: March 12, 2008           (617) 748-3100


## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Assented-to Motion for Release of Notice of Lis Pendens, and the proposed Release of Notice of Lis Pendens, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                  /s/ Kristina E. Barclay
                                  Kristina E. Barclay
                                  Assistant U.S. Attorney
Dated: March 12, 2008