UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 03-10404-JGD |
| | ) | |
| v. | ) | Record Owners: |
| | ) | Ronald Cavaliere |
| | ) | Debra Cavaliere |
| RONALD J. CAVALIERE, | ) | |
| Defendant. | ) | Property: |
| | ) | 9 Wildwood Drive |
| | ) | Milford, Massachusetts |
| | ) | |
| | ) | Deed: |
| | ) | Worcester County |
| | ) | Registry of Deeds |
| | ) | Book: 15529 |
| | ) | Page: 195 |

**RELEASE OF NOTICE OF *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Notice of Lis Pendens against the real property located at 9 Wildwood Drive, Milford, Massachusetts (the "Real Property").  For title to the Real Property, see Deeds Book 15529, Page 195, of the Worcester County Registry of Deeds.

This Release is made by agreement of the parties.

The Notice of Lis Pendens, was recorded on October 29, 2003, at the Worcester County Registry of Deeds at Book 32084, Page 290, a copy of which is attached.

Signed under the pains and penalties of perjury this 12th day of March, 2008.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:_____
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3100


## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                    Boston

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.


Subscribed to and sworn before me this 12th day of March, 2008.

_____
Notary Public
My Commission expires: 5/29/09

APPROVED AND SO ORDERED:

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

_____
JUDITH G. DEIN
United States Magistrate Judge

Dated:_____, 2008

2

2003 00288081
Bk: 32084 Pg: 290    Doc: NOT
Page: 1 of 7    10/29/2003 12:17 PM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE 03-509-A |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD J. CAVALIERE | ) | |

<u>NOTICE OF LIS PENDENS</u>

TO ALL WHOM IT MAY CONCERN:

TAKE NOTICE that the United States of America, by its
attorneys, Paul J. McNulty, United States Attorney for the
Eastern District of Virginia, and Sonya L. Sacks, Special
Assistant U.S. Attorney, has received an indictment charging
defendant RONALD J. CAVALIERE with conspiracy to distribute 5
kilograms or more of a mixture and substance containing a
detectable amount of cocaine and 100 kilograms or more of a
mixture and substance containing a detectable amount of
marijuana, all in violation of Title 21, United States Code,
Section 846. The indictment also alleges criminal forfeiture of
any property constituting, or derived from, any proceeds
obtained, directly or indirectly, as the result of such
violation; and any property used, or intended to be used, in any
manner or part, to commit, or to facilitate the commission of,
such violation. As set forth in the indictment filed with the
Court on October 23, 2003, this includes, among other things, all

Mail  Sonya Sacks
Special Assistant 3
United States Attorney
2100 Jameson Ave
Alexandria, VA. 22314

of the defendant's interest in certain real property located at 9 Wildwood Drive, Milford, Massachusetts 01757, pursuant to Title 21, United States Code, Section 853.  For title to the subject property, see Deeds Book 15529, Page 195, at the Worcester District Registry of Deeds, in the Commonwealth of Massachusetts. The property subject to this lis pendens is more fully described in Government Exhibit 1 (attached).

Respectfully submitted,

Paul J. McNulty
United States Attorney

By:    Sonya L. Sacks/
Special Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA
(703) 299-3700

Dated:    October 27, 2003


COMMONWEALTH OF VIRGINIA

City of Alexandria, ss.


OATH

The undersigned, Sonya L. Sacks, Special Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and buildings as described above.

Sonya L. Sacks
Special Assistant U.S. Attorney

Dated: October 27, 2003

Then personally appeared the above-named Sonya L. Sacks, Special Assistant U.S. Attorney, and acknowledged the foregoing to be to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 27th day of October, 2003.

_Melin Vieler_
Notary Public
My Commission expires: Sept. 30, 2005

The above-captioned action constitutes a claim of a right to title to real property, or the use and occupation thereof or the buildings thereon.

APPROVED AND SO ORDERED:

_Claude M. Hilton_
United States District Judge

Dated: October _27_, 2003

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _Kathy Bailey_
DEPUTY CLERK

2

BOOK 15529 PAGE 195

## QUITCLAIM DEED

I, KEVIN P. MEEHAN,
of Hopedale, Massachusetts

for consideration paid, and in full consideration of Two Hundred
Five Thousand and No/100 ($205,000.00) Dollars

grants to RONALD    CAVALIERE and DEBRA    CAVALIERE, husband and
wife, as tenants by the entirety, both of 9 Wildwood Drive,
Milford, Worcester County, Massachusetts,

with **QUITCLAIM COVENANTS**

The land with the buildings thereon, situated in Milford, Worcester
County, Massachusetts, being shown as Lot 2 on a plan entitled
"Wendy Estates Wildwood Drive Plan of Land in Milford, Mass., March
30, 1987, Bianchi Engineering Co., Inc.", recorded with Worcester
District Registry of Deeds in Plan Book 584, Plan 97, being more
particularly bounded and described as follows:

SOUTHERLY        by the northerly line of Wildwood Drive, 242.56
                 feet;

WESTERLY         by land now or formerly of Robsham, as indicated on
                 said plan, 83.80 feet;

NORTHERLY        by said land now or formerly of Robsham, 240.00
                 feet; and

EASTERLY         by land now or formerly of Vincas Vaitkunas, as
                 indicated on said plan, 118.94 feet.

Containing, according to said plan, 23,333 square feet, more or
less.

The premises are conveyed subject to a "Temporary Turn Around" as
shown on said plan.

The premises are conveyed subject to utility easement to Worcester
County Electric Company and New England Telephone and Telegraph
Company, dated September 21, 1956, recorded with said District
Deeds in Book 3819, Page 71.

Being the same premises described in deed of Tabeb Corp. to me,
dated November 30, 1992, recorded with said District Deeds in Book
14759, Page 309.

GOVERNMENT
EXHIBIT
1
03-507-A

BOOK 15529 PAGE 196

Executed as a sealed instrument this 31ST day of August, 1993.

_____
Kevin P. Meehan

COMMONWEALTH OF MASSACHUSETTS

Worcester(?), ss.                                    August 31ST, 1993

Then personally appeared the above-named Kevin P. Meehan, and acknowledged the foregoing instrument to be his free act and deed, before me,

_____
Notary Public

My commission expires: 5-9-97

ATTEST: WORC., Anthony J. Vigliotti, Register