UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>RONALD J. CAVALIERE, )<br>Defendant. )<br>) | CRIMINAL NO. 03-10404-JGD |

WAINWRIGHT BANK & TRUST COMPANY'S WITHDRAWAL

Based upon the Final Order of Forfeiture filed by the United States of America in the above-captioned case, Wainwright Bank & Trust Company, a third party petitioner, hereby withdraws its Petition for Hearing to Establish Validity of Second Mortgage Lien filed as Document No. 274 in the above-captioned case.

WAINWRIGHT BANK & TRUST COMPANY

By its attorney,

_____
Richard J. Levin (BBO#296260)
Matthew H. Pappas (BBO#657497)
Cumsky & Levin LLP
6 University Road
Cambridge, MA 02138
(617) 492-9700

Date: April 2, 2008

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2008, I served a copy of Wainwright Bank & Trust Company's Withdrawal upon:

Kristina E. Barclay, Esq.
U.S. Attorney's Office
U.S Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(counsel to the United States of America)

Mark Shea, Esq.
Shea & LaRocque
47 Third Street, Suite 201
Cambridge, MA 02141
(counsel to the Defendant)

William M. Zall, Esq.
Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760
(counsel for Middlesex Savings Bank)

and upon

Robert L. Sheketoff, Esq.
One McKinley Square
Boston, MA 02109
(counsel for Debra Cavaliere)

via First Class Mail, postage pre-paid.

Matthew H. Pappas, Esq.

2